**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**



APR 3 0 2021

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br><br>Fresh Acquisitions, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-30721 (SGJ)<br><br>(Jointly Administered)<br><br>Hearing Date: May 6, 2021<br>Hearing Time: 9:30 a.m. (CT)<br><br>**[Relates to Docket No. 71]** |

**MARICOPA COUNTY TREASURER'S OBJECTION TO INTERIM ORDER (I)
AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND,
(B) UTILIZE CASH COLLATERAL, (II) GRANTING LIENS AND SUPERPRIORITY
ADMINISTRATIVE EXPENSE CLAIMS, (III) GRANTING ADEQUATE PROTECTION,
(IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING,
AND (VI) GRANTING RELATED RELIEF**

Maricopa County Treasurer ("MCT"), a secured tax lien creditor, by and through its undersigned counsel, hereby objects to the *Interim Order (I) Authorizing the Debtors to (A) Obtain PostPetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and SuperPriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling A Final Hearing, and (VI) Granting Related Relief.* (DE 71) (the "Interim Order"). MCT objects to the Interim Order and the related Motion (DE 16) to the extent that Debtors seek to prime any secured personal property tax liens of Maricopa County.

**1. MCT's Claims**:

MCT will file its Proof of Claim (the "MCT Claim") prior to the governmental claims bar date. Currently, the amount owed by Debtor OCB Restaurant Company LLC aka "Old Country Buffet" is $14,544.13 for prepetition taxes, which amount includes 2017, 2020

and estimated 2021 taxes. Interest accrues at the statutory rate of 16% per year simple, if not timely paid, until paid in full. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

**Old Country Buffet**

| Property Address | Parcel | Tax Year | Tax Amount |
|---|---|---|---|
| 9820 Metro Parkway West, Phoenix, AZ | 931-23-340 | Estimated 2021 | $2,037.78 |
| | | 2020 | $1,599.29 |
| 17125 N. 79th Avenue, Glendale, AZ | 934-69-959 | Estimated 2021 | $1,668.12 |
| | | 2020 | $1,214.84 |
| 6625 E. Southern Avenue, Mesa, AZ | 942-58-681 | Estimated 2021 | $2,455.10 |
| | | 2020 | $2,033.30 |
| 1855 S. Stapley Drive, Mesa, AZ | 944-58-824 | 2017 | $3,535.70 |
| | | | **$14,544.13** |

**2. Objection:**

MCT objects to the Interim Order and the related Motion to the extent that they seek to prime MCT's tax liens on Debtors' personal property located in Maricopa County, Arizona. Arizona law provides the following.

    a. The personal property tax liens attached on January 1 of the respective tax year and the taxes are not discharged until the taxes and interest are paid in full or title to the property vests in a purchaser of the property for taxes. A.R.S. §§ 42-17153 and 42-19106. Accordingly, the liens for personal property taxes encumbering the property cannot be removed until the personal property taxes are paid in full.

    b. The tax liens are "prior and superior to any other liens of every kind and description regardless of when another lien attached." A.R.S. § 42-19106[1].

    c. Interest accrues at the statutory rate of 16% per annum until the taxes are paid in full. 11 U.S.C. § 511 and A.R.S. § 42-18053.

---

[1] See also A.R.S. § 42-17153.

d. "If the tax has not been paid on property sold at judicial sale, or sold by an executor, administrator, guardian or trustee, the person making the sale shall pay the taxes, penalties and costs from the proceeds of the sale." A.R.S. § 42-18059.

e. "It is unlawful for the owner, a lienholder, a conditional vendor or any other person to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." A.R.S. § 42-19107.

f. "The tax on personal property is a debt against the owner to whom the property is assessed and against the owner's successors and assigns." A.R.S. § 42-19117(A). If the taxes are not fully paid, the Treasurer shall bring an action in court against the owner and the owner's successors and assigns, or any of them, for collection of the tax and costs. A.R.S. § 42-19117(B).

WHEREFORE, MCT objects to the Interim Order and the related Motion to the extent that they seek to prime any MCT tax liens.

RESPECTFULLY SUBMITTED this 29th day of April, 2021.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY: */s/ Peter Muthig*
PETER MUTHIG
Deputy County Attorney
AZ State Bar No. 018526
225 W. Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-1923
E-mail: muthigk@mcao.maricopa.gov
*Attorney for Maricopa County Treasurer*

ORIGINAL of the foregoing E-FILED this <u>29th</u> day of April, 2021, with:

Clerk, United States Bankrupty Court
Northern District of Texas
1100 Commerce Street, Room 1254
Dallas, TX 75242

COPY of the foregoing mailed/e-mailed, this <u>29th</u> day of April, 2021, to:

Meredyth A. Kippes
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
Email: meredyth.a.kippes@usdoj.gov

Jason Brookner
Aaron M. Kaufman
Amber Carson
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Email: jbrookner@grayreed.com
Email: akaufman@grayreed.com
Email: acarson@grayreed.com
*Attorneys for Debtors*

Patrick A. Clisham
Engelman Berger, PC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Email: pac@eblawyers.com
*Attorney for AB&T*

J. Michael Sutherland
Carrington Coleman
901 Main Street, Suite 5500
Dallas, Texas 75202
Email: msutherland@ccsb.com
*Attorney for DIP Lender*

/s/ Marcy Delgado