In re:
**Fresh Acquisitions, et al.**
Master Service List
Case No. 21-30721-SGJ

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top Creditor | 5561 SULTANA LLC | Sang Park, Debbie Scharton | 18321 VENTURA BLVD SUITE 980 | | TARZANA | CA | 91356 | | (310) 591-8686 | (310) 591-8755 | Debbie.s@hp-cap.com spark@hp-cap.com |
| Top Creditor | AKERMAN LLP | | PO BOX 4906 | | ORLANDO | FL | 32802 | | (407) 254-2305 | | david.parham@akerman.com |
| Top Creditor | AM REALTY CAPITAL OP PTNRSHIP | | P.O. BOX 29650 | DEPT 880044 | PHOENIX | AZ | 85038-9650 | | (602) 778-8700 | | lendicott@weitzmangroup.com |
| Top Creditor | ARC PROPERTIES PARTNERSHIP LP | | PO BOX 847390 | | DALLAS | TX | 75284-7390 | | 212-217-6395 | | TJONES@VEREIT.COM |
| Counsel to Arlington ISD | Arlington ISD | c/o EBONEY COBB | PerdueBrandonFieldrCollins&Mott LLP | 500 E. Border Street, Suite 640 | Arlington | TX | 76010 | | (817) 461-3344 | (817) 860-6509 | ecobb@pbfcm.com |
| Top Creditor | ARTHUR N. RUPE FOUNDATION | JORGE A SOLIS/MICHALE J CHIUSANO/MICHAELA C CROCKER/ARON COOPER | C/O KATTEN MUCHIN ROSENMAN LLP | 2121 N. PEARL ST SUITE 1100 | DALLAS | TX | 75201 | | (214) 765-3600 | (214) 765-3602 | Michael.Chiusano@katten.com Jorge.solis@katten.com michaela.crocker@katten.com aron.cooper@katten.com |
| Top Creditor | ARTHUR N. RUPE FOUNDATION | ZACHARY S BRADY | C/O BRADY & HAMILTON LLP | 1602 13 ST | LUBBOCK | TX | 79401 | | (806) 771-1850;(214) 765- | (806) 771-3750;(214) 765- | zach@bhlawgroup.com |
| DOJ | Assistant United States Attorney | Donna K. Webb | 1100 Commerce St., Ste 300 | | Dallas | TX | 75242 | | 214-659-8600 | 214-659-8807 | donna.webb@usdoj.gov |
| Counsel to Texas Workforce Comm | Attorney General's Office | John Mark Stern, Asst Atty Gen | c/o Sherri K. Simpson, Paralegal | Bnkrptcy&Colctions Div,PO Box 12548 | Austin | TX | 78711-2548 | | (512) 475-4562 | (512) 936-1409 | bk-jstern@oag.texas.gov sherri.simpson@oag.texas.gov |
| Counsel to Liliana Mares Bautista | Azimi Law Firm | Yasmin Azimi | 1401 Dove Street, Suite 450 | | Newport Beach | CA | 92660 | | 949-222-2272 | 949-222-1213 | yasmin@azimilawfirm.com |
| Top Creditor | BELL PALM PLAZA LP | | ACCT# 110771 HO004090 | PO BOX 353 | RODEO | CA | 94572 | | (213) 683-0500 | | |
| Top Creditor | BLUE BANNER PROPERTIES, LLC | | PO BOX 226 | | RIVERSIDE | CA | 92502 | | (909) 686-2422 | | |
| Top Creditor | BRADLEY PARTNERSHIP RENT | | PACIFICA COMMERCIAL REALTY | 2520 PROFESSIONAL PARKWAY | SANTA MARIA | CA | 93455 | | (805) 452-4397 | | grant@pacificare.com |
| Top Creditor | BRFI GATEWAY, LLC | Sara K. Pollard, Assit Property Mgr | JONES LANG LASALLE AMERICAS, INC. | 3000 GATEWAY STREET | SPRINGFIELD | OR | 97477 | | (415) 968-3520;(458) 210- | | Sara.Pollard@am.jll.com |
| Counsel to Brookfield Properties | Brookfield Properties Retail, Inc. | Kristen N. Pate | 350 N. Orleans Street, Suite 300 | | Chicago | IL | 60654-1607 | | (312) 960-2940 | (312) 442-6374 | bk@brookfieldpropertiesretail.com |
| Top Creditor | CALIFORNIA DEPT OF TAX & FEE ADMIN | | PO BOX 942879 | | SACRAMENTO | CA | 94279-0001 | | (800) 400-7115 | | Ron.Luke@cdtfa.ca.gov |
| Top Creditor | CALIFORNIA FRANCHISE TAX BOARD | | PO BOX 942857 | | SACRAMENTO | CA | 94257-0501 | | (888) 635-0494 | | John.ODonnell@ftb.ca.gov |
| Top Creditor | CALIFORNIA FRANCHISE TAX BOARD | ATTN: JOHN M O'DONNELL | FRANCHISE TAX BOARD/LEGAL DIV | PO BOX 1720/MAIL STOP A-260 | RANCHO CORDOVA | CA | 95741-1720 | | (888) 635-0494 | | John.ODonnell@ftb.ca.gov |
| Counsel to prop. DiP Lender | Carrington, Coleman, Sloman et al. | Mike Sutherland & Stephanie F. Assi | 901 Main St., Ste. 5500 | | Dallas | TX | 75202 | | (214) 855-3069 | (214) 908-5760 | msutherland@ccsb.com sfassi@ccsb.com |
| Top Creditor | CENTERCAP HOLDING LLC | | PO BOX 826342 | | PHILADELPHIA | PA | 19182-6342 | | | | jterranova@jmcpropertiesinc.com |
| Counsel to CityofGarland,Garland ISD,Plano ISD | CityofGarland Garland ISD Plano ISD | c/o Linda D. Reece | PerdueBrandoFielderCollins&MottLLP | 1919 S. Shiloh Rd., Suite 310 | Garland | TX | 75042 | | (972) 278-8282 | (817) 860-6509 | lreece@pbfcm.com |
| Counsel to WASTE MANAGEMENT, INC. | CLARK HILL STRASBURGER | RP Franke;AG Edson;AL Hornisher | 901 Main Street, Suite 6000 | | Dallas | TX | 75202-3794 | | (214) 651-4300 | (214) 651-4330 | ahornisher@clarkhill.com bfranke@clarkhill.com aedson@clarkhill.com |
| Top Creditor | COLE BU PORTFOLIO II LLC | | P.O. BOX 732928 | | DALLAS | TX | 75373-2928 | | (602) 778-8700 | | CDAVIS@VEREIT.COM |
| Top Creditor | COMPTROLLER OF PUBLIC ACCOUNTS STATE COMPTROLLER | | PO BOX 149359 | | AUSTIN | TX | 78714-9359 | | 512-463-4660 | | |
| Top Creditor | DEL AMO FASHION CTR OPERATING CO LL | | PO BOX 409657 | ACCT 5243HOMEBU | ATLANTA | GA | 30384-9657 | | (703) 526-5124 | | |
| Official Committee of Unsecured Creditors | Dickinson Wright PLLC | Carolyn J. Johnsen | 1850 N. Central Ave., Suite 1400 | | Phoenix | AZ | 85004 | | (602) 285-5040 | (602) 285-5100 | cjjohnsen@dickinsonwright.com |
| Top Creditor | DYNAMIC FOODS ALAMO DYNAMIC LLC | | 1001 EAST 33RD ST | | LUBBOCK | TX | 79404-1899 | | (806) 723-5600 | | temerson@dynamicfoods.com |
| Counsel to Arizona Bank & Trust | ENGELMAN BERGER, P.C. | Patrick A. Clisham;Scott B. Cohen | 2800 North Central Ave., Suite 1200 | | Phoenix | AZ | 85004 | | (602) 222-4968 | (602) 222-4999 | sbc@eblawyers.com pac@eblawyers.com |
| Counsel to the Debtors | GRAY REED | J Brookner; A Kaufman; A Carson | 1601 Elm Street, Suite 4600 | | Dallas | TX | 75201 | | (214) 954-4135 | (214) 953-1332 | jbrookner@grayreed.com akaufman@grayreed.com acarson@grayreed.com |
| Top Creditor | HGGA PROMENADE LP | | PO BOX 8700 | | NEWPORT BEACH | CA | 92658-8700 | | (949) 759-9531 | | mfouladi@hughesinv.com |
| Top Creditor | HOLLAND ISLAND LLC | | 8938 WORCHESTER HIGHWAY | | BERLIN | MD | 21811 | | (410) 641-1101 | | amanda@bergeycpa.com |
| IRS | Internal Revenue Service Special Procedures-Insolvency | | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | | | |
| Top Creditor | LEECO CAPITAL GROUP | C/O LEECO PROPERTIES, INC. | 3501 BILLY HEXT ROAD | | ODESSA | TX | 79765 | | (432) 550-0073 | | larryglee@leecoproperties.com |

In re:
**Fresh Acquisitions, et al.**
Master Service List
Case No. 21-30721-SGJ

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Bexar County | LINEBARGER GOGGAN BLAIR & SAMPSON | Don Stecker | 112 E. Pecan Street, Suite 2200 | | SAN ANTONIO | TX | 78205 | | (210) 225-6763 | (210) 225-6410 | sanantonio.bankruptcy@publicans.com |
| Counsel to CITY OF MCALLEN & HIDALGO COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Diane W Sanders | PO Box 17428 | | AUSTIN | TX | 78760-7428 | | (512) 447-6675 | (512) 443-5114 | austin.bankruptcy@publicans.com |
| Counsel to GALVESTON COUNTY | LINEBARGER GOGGAN BLAIR&SAMPSON LLP | John P. Dillman | PO Box 3064 | | HOUSTON | TX | 77253-3064 | | (713) 844-3400 | (713) 844-3503 | houston_bankruptcy@publicans.com |
| Counsel to DALLAS COUNTY | LINEBARGER GOGGAN BLAIR&SAMPSON LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway, Suite 1000 | | DALLAS | TX | 75207 | | (214) 880-0089 | (469) 221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Midland Central Appraisal District | MCCREARY, VESELKA, BRAGG & ALLEN PC | Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680 | | (512) 323-3200 | (512) 323-3205 | tleday@mvbalaw.com |
| Top Creditor | NATIONAL RETAIL PROPERTIES LP | | PO BOX 864205 | | ORLANDO | FL | 32886-4205 | | (800) 666-7348 | | ninibet.balladin@nnnreit.com |
| Top Creditor | NF PLANT ENTERPRISES LP | | 6222 WILSHIRE BLVD STE 400 | C/O DECRON MANAGEMENT CORP | LOS ANGELES | CA | 90048 | | 323.556.6600 | | JColeman@decron.com |
| Top Creditor | NINE ISLAND I , LLC | ATTN: JOSEPH SWEENEY | C/O SWEENEY MASON LLP | 983 UNIVERSITY AVE STE 104C | LOS GATOS | CA | 95032 | | (408) 356-3000 | | jsweeney@smwb.com jrobb@smwb.com |
| Counsel to Waste Mgmt Ntl Svcs Inc | NORTON ROSE FULBRIGHT US LLP | Ryan E. Manns; Emma L. Persson | 2200 Ross Avenue, Suite 3600 | | Dallas | TX | 75201 | | (214) 855-7166 | (214) 855-8200 | ryan.manns@nortonrosefulbright.com emma.persson@nortonrosefulbright.com |
| Attorney General of South Carolina | Office of the Attorney General | Alan Wilson | Rembert C. Dennis Office Bldg. | P.O.Box 11549 | Columbia | SC | 29211-1549 | | (803) 734-3970 | | |
| Attorney General of West Virginia | Office of the Attorney General | Patrick Morrisey | State Capitol, 1900 Kanawha, Blvd., E. | | Charleston | WV | 25305 | | (304) 558-2021 | | |
| Attorney General of Wisconsin | Office of the Attorney General | Josh Kaul | Wisconsin Department of Justice | State Capitol, Room 114 East | Madison | WI | 53707-7857 | | (608) 266-1221 | | |
| Attorney General of Mississippi | Office of the Attorney General | Lynn Fitch | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 | | 601-359-3680 | | |
| Attorney General of Washington | Office of the Attorney General | Bob Ferguson | BANKRUPTCY & COLLECTIONS | 800 Fifth Avenue, Suite 2000 | Seattle | WA | 98104 | | (360) 753-6200 | | |
| Attorney General of Virginia | Office of the Attorney General | Mark Herring | 202 North Ninth Street | | Richmond | VA | 23219 | | (804) 786-2071 | | |
| Attorney General of North Carolina | Office of the Attorney General | Josh Stein | Dept. of Justice, P.O.Box 629 | | Raleigh | NC | 27602-0629 | | (919) 716-6400 | | |
| Attorney General of Oregon | Office of the Attorney General | Ellen F. Rosenblum | Justice Bldg. | 1162 Court St., NE | Salem | OR | 97301 | | 503-378-6002 | | |
| Attorney General of Tennessee | Office of the Attorney General | Herbert H. Slatery III | 425 5th Avenue North | | Nashville | TN | 37243 | | 615-741-3491 | | |
| Attorney General of New York | Office of the Attorney General | Letitia A. James | Dept. of Law | The Capitol, 2nd fl. | Albany | NY | 12224 | | (518) 776-2000 | | |
| Attorney General of Pennsylvania | Office of the Attorney General | Josh Shapiro | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | | 717-787-3391 | | |
| Attorney General of Ohio | Office of the Attorney General | Dave Yost | State Office Tower | 30 E. Broad St. | Columbus | OH | 43266-0410 | | (614) 466-4320 | | |
| Attorney General of Oklahoma | Office of the Attorney General | Mike Hunter | 313 NE 21st Street | | Oklahoma City | OK | 73105 | | 405-521-3921 | | |
| Attorney General of New Mexico | Office of the Attorney General | Hector Balderas | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | (505) 490-4060 | | |
| Attorney General of Arkansas | Office of the Attorney General | Leslie Rutledge | 323 Center St., Suite 200 | | Little Rock | AR | 72201-2610 | | 800-482-8982 | | |
| Attorney General of Illinois | Office of the Attorney General | Kwame Raoul | James R. Thompson Ctr. | 100 W. Randolph St | Chicago | IL | 60601 | | 312-814-3000 | | |
| Attorney General of Texas | Office of the Attorney General | J Binford; A Ryan | Bankruptcy & Collections | P.O Box 12548-MC 008 | Austin | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | casey.roy@oag.texas.gov jason.binford@oag.texas.gov Abigail.Ryan@oag.texas.gov |
| Attorney General of Indiana | Office of the Attorney General | Todd Rokita | Indiana Government Center | 302 W Washington St., S, 5th Fl | Indianapolis | IN | 46204 | | 317-232-6201 | | |
| Attorney General of Kentucky | Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue, Capitol | Building, Suite 118 | Frankfort | KY | 40601 | | 502-696-5300 | | |
| Attorney General of Maine | Office of the Attorney General | Aaron Frey | State House Station 6 | | Augusta | ME | 04333 | | 207-626-8800 | | |
| Attorney General of Arizona | Office of the Attorney General | Donald Lawrence | Bankruptcy & Collections Section | 2005 N Central Ave | Phoenix | AZ | 85004-2926 | | (602) 542-8300 | (602) 542-4085 | |
| Attorney General of Delaware | Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 | | 302-577-8400 | | |
| Attorney General of Louisiana | Office of the Attorney General | Jeff Landry | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | 225-326-6000 | | |
| Attorney General of Minnesota | Office of the Attorney General | Keith Ellison | Suite 102, State Capital | 75 Dr. Martin Luther King, Jr. Blvd | Saint Paul | MN | 55155 | | (651) 296-3353 | | |
| Attorney General of Michigan | Office of the Attorney General | Dana Nessel | P.O. Box 30212 | 525 W. Ottawa St. | Lansing | MI | 48909-0212 | | 517-373-1110 | | |
| Attorney General of Georgia | Office of the Attorney General | Chris Carr | 40 Capitol Sq, SW | | Atlanta | GA | 30334-1300 | | 404-656-3300 | | |
| Attorney General of California | Office of the Attorney General | Rob Bonta | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814 | | 916-445-9555 | | |
| Top Creditor | OFFICE OF THE UNITED STATES TRUSTEE | | 615 E HOUSTON STREET, SUITE 533 | | SAN ANTONIO | TX | 78205 | | (210)-472-4640 | (210) 472-4649 | |
| Top Creditor | OGLETREE DEAKINS NASH SMOAK & STEWA | | PO BOX 89 | | COLUMBIA | SC | 29202 | | (864) 241-1900 | | mariana.desaracho@ogletreedeakins.com michelle.morgan@ogletreedeakins.com |

In re:
**Fresh Acquisitions, et al.**
Master Service List
Case No. 21-30721-SGJ

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to JEFFERSON CTY DRAINAGE DISTRICT | PerdueBrandonFielderCollins&MottLLP | c/o Owen M. Sonik | 1235 North Loop West, Suite 600 | | Houston | TX | 77008 | | (713) 862-1860 | (713) 862-1429 | osonik@pbfcm.com |
| Counsel to Spirit Master Funding VII, LLC | REED SMITH LLP | Keith M. Aurzada;Jay L. Krystinik | 2850 N. Harwood, Suite 1500 | | Dallas | TX | 75201 | | 469.680.4200 | 469.680.4299 | kaurzada@reedsmith.com jkrystinik@reedsmith.com |
| Counsel to Arizona Bank & Trust | ROCHELLE MCCULLOUGH, LLP | Kevin D McCullough;Zachary G Levick | 325 N. St. Paul Street, Suite 4500 | | Dallas | TX | 75201 | | (214) 953-0182 | (214) 953-0185 | zlevick@romclaw.com kdm@romclaw.com |
| Top Creditor | SALADINO'S INC | | PO BOX 12266 | | FRESNO | CA | 93777-2266 | | | | azenimura@saladinos.com |
| Top Creditor | SEGURA HOLDINGS | | C/O SEGURA HOLDINGS | 12400 VENTURA BLVD #1129 | STUDIO CITY | CA | 91604 | | (310) 503-8839;(818) 509- | | tlister@sinvp.com |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | | (317) 263-2346 | (317) 263-7901 | rtucker@simon.com |
| Counsel Kimco Realty Corporation | Singer & Levick, P.C. | Michelle E. Shriro, Esq. | 16200 Addison Road, Suite 140 | | Addison | TX | 75001 | | 972.380.5533 | 972.380.5748 | mshriro@singerlevick.com |
| Top Creditor | SPIRIT MASTER FUNDING VII LLC | | 6242 E 41ST | SPIRIT REALTY CAPITAL LOCKBOX 2860 | TULSA | OK | 74135 | | (972)476-1983 | | HFaught@spiritrealty.com |
| Top Creditor | SYSCO OF CENTRAL CALIFORNIA | | PO BOX 729 | | MODESTO | CA | 95353-0729 | | (209) 527-7700 | | Michael.Gonzales@sysco.com Dale.Keith@sysco.com sysco.customer.credit@sbs.sysco.com |
| Counsel to County of Tulare, California | Tulare County Tax Collector | Mayra Deniz, Deputy Tax Collector | 221 S Mooney Blvd | Room 104-E | Visalia | CA | 93291-4593 | | 559-636-5250 | | taxhelp@tularecounty.ca.gov |
| Top Creditor | TYERELL MACK, ET AL. | GRAHAM S. P. HOLLIS;NATHAN REESE | c/o GRAHAM HOLLIS, APC | 3555 FIFTH AVENUE, SUITE 200 | SAN DIEGO | CA | 92103 | | 619-692-0800 | 619-692-0822 | nreese@grahamhollis.com ghollis@grahamhollis.com |
| UST | United States Trustee | Meredyth A. Kippes, Trial Attorney | 1100 Commerce Street, Room 976 | | Dallas | TX | 75242-1496 | | 214-767-1075; 214-767-107 | 214-767-8971 | meredyth.a.kippes@usdoj.gov |
| Committee Member | Upper Lakes Food, Inc. | Sara Lamb | 801 Industry Avenue | | Cloquet | MN | 55720 | | 800-879-1265 ext. 4446 | 218-879-1940 | slamb@ulfoods.com |
| DOJ | US Attorney's Office Northern District of Texas | | 1100 Commerce Street, Third Floor | | Dallas | TX | 75242-1699 | | | | |
| Top Creditor | WASTE MANAGEMENT NATIONAL | Esposito, Joshua | PO BOX 740023 | | ATLANTA | GA | 30374-0023 | | (000) 000-0000 | | jesposi1@wm.com |
| Committee Member | Westwood Financial for WFC Wyoming NM, LLC | Tim Chung | 11440 San Vicente Blvd., 2nd Floor | | Los Angeles | CA | 90049 | | 323-986-4272 | | tchung@westfin.com |