## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FRESH ACQUISITIONS, LLC, *et al.*,[1] | § § | Case No. 21-30721 (SGJ) |
| Debtors. | § § § | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors' management, with the assistance of the Debtors' advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by Mark Shapiro, Chief Restructuring Officer of the Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Mr.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Alamo Fresh Payroll, LLC (1590); Fresh Acquisitions, LLC (2795); Alamo Ovation, LLC (9002); Buffets LLC (2294); Hometown Buffet, Inc. (3002); Tahoe Joe's Inc. (7129); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); Food Management Partners, Inc. (7374); FMP SA Management Group, LLC (3031); FMP-Fresh Payroll, LLC (8962); FMP-Ovation Payroll, LLC (1728); and Alamo Buffets Payroll, LLC (0998). The Debtors' principal offices are located at 2338 N. Loop 1604 W., Suite 350, San Antonio TX, 78248, United States.

Shapiro necessarily relied upon the efforts, statements, and representations of the Debtors' affiliated management companies, other personnel and advisors. Mr. Shapiro has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to each of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' other Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.    ***Description of Cases***.  On April 20, 2021 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re Fresh Acquisitions, LLC., et al.*, Case No. 21-30721 (SGJ) (Bankr. N.D. Tex.) [Docket No. 53].  The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On April 30, 2021, the United States Trustee for the Northern District of Texas appointed a statutory committee of unsecured creditors pursuant to section 1102(a) and 1102(b)(1) of the Bankruptcy Code [Docket No. 94].

2.    ***"As Of" Information Date***.  The information provided herein represents the data of the Debtors as of April 19, 2021, except for certain items which are as of mid-day on April 20, 2021 when the chapter 11 petitions were filed.  Available cash is as of mid-day on April 20, 2021, and all other information including trade liabilities and principal and accrued interest on funded debt are provided as of April 19, 2021.  Unless otherwise indicated herein or in the Schedules and Statements, the amounts set forth in the Schedules and Statements reflect net book value as of April 19, 2021.  Amounts ultimately realized may vary from the values ascribed in the Schedules and Statements and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend, modify or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.    ***General Reservation of Rights***.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including: the right to amend the Schedules and Statements with respect to any claim (each a "Claim") description, designation, or Debtor against which the Claim is asserted; dispute or

2

otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4. ***Basis of Presentation*** The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by any Debtor. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Unlike consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

5. ***Confidential or Sensitive Information***. There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to, among other things, concerns for the privacy of an individual. In addition, the very existence of certain agreements is (by the terms of such agreements) confidential. These agreements have been noted, however, as "Confidential" in the Schedules and Statements, where applicable. The alterations or redactions are limited only to what the Debtors believe is necessary to protect the Debtor or the applicable third-party.

6. ***Causes of Action***. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Claims or causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege,

3

license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

7. **_Recharacterization_**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

8. **_Court Orders_**.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees, PACA and PASA trust claim holders, insurers, and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate, or to object or take other action as is necessary and appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

9. **_Liabilities_**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

10. **_Excluded Assets and Liabilities_**.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.  In addition, certain immaterial or _de minimis_ assets and liabilities may have been excluded.

11. **_Intellectual Property Rights._**  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such

intellectual property rights have not been abandoned, have not been terminated, otherwise have not expired by their terms, or have not been assigned or otherwise.

12. ***Property and Equipment***.  Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

13. ***Intercompany Payables and Receivables***.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be collectible, or allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

14. ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

15. ***Fiscal Year***.  Each Debtor's most recent fiscal year ended on December 30, 2020.

16. ***Currency***.  All amounts are reflected in U.S. dollars.

17. ***Executory Contracts***.  Although the Debtors are making diligent attempts to properly identify the Debtor counterparty(ies) to each executory contract on Schedule G, it is possible that more Debtor entities are a counterparty to certain executory contracts on Schedule G than will be listed.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

18. ***Leases***.  The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements.  To the extent that there was an amount outstanding as of the Petition Date, the creditor will be included on Schedule E/F of the Schedules.

19. ***Insiders***.  The Debtors have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider."

4832-9883-7226

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are or are not insiders for purpose of section 101(31) of the Bankruptcy Code.

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the 12-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

20. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

21. **Unliquidated Claim Amounts**. Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

22. **Undetermined Amounts**. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

23. **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

24. **Payments**. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System") (as more fully described in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Continue to Operate Their Cash Management System and Perform Intercompany Transactions, and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 8]). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute any payments to a different legal entity, if appropriate.

25. **Guaranties and Other Secondary Liability Claims**. The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing. Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedules G and H. The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and

similar agreements may exist and, to the extent they do, will be identified upon further review. Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

26.     ***Consolidated Identification of Interests***.   As set forth above, the Schedules and Statements, in certain instances, call for information that, if provided, would disclose the identities and personal contact information of certain individuals.  The Debtors have elected to present such sensitive information as consolidated line items of similar interests. The Debtors believe that producing information in this manner is necessary to both maintain valuable customer and vendor relationships and to protect the Debtors' propriety information.

27.     ***Mechanics' Liens***.  The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialmans', or other similar statutory liens. Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

28.     ***Global Notes Control***.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

29.     ***Entity Classification Issues***. The Debtors have used their best efforts to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases; however, there are certain inherent limitations in making such identifications, including, but not limited to the facts that: (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contracts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their businesses; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.  In addition, financial activity for the Debtors is generally recorded under Debtor Buffets LLC for the Old Country Buffet®, Country Buffet®, HomeTown® Buffet, Ryan's®, and Fire Mountain® segments of their businesses.

## Specific Disclosures with Respect to the Debtors' Schedules

30.     ***Schedule A/B***.  Real property is reported at book value.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all of their rights to recategorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly.

7

Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

The Debtors' failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

31.    ***Schedule A/B 3.***  Amounts listed reflect the bank balance not the net book value. Bank account balances listed in Part 1 represent the balance as of April 20, 2021 prior to filing.

32.    ***Schedule A/B 7.***  The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

33.    ***Schedule A/B 8.***  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but undertake no obligation to, to amend the Schedules and Statements if prepayments are incorrectly identified.

34.    ***Schedule A/B 38–53.***  All furniture and equipment owned as of the Petition Date may not be listed. Certain kitchen equipment, such as ovens and mixers, and used furniture of inconsequential value, or that would require a cost to remove and store exceeding the benefit of retaining such property, has been abandoned pursuant to the various lease rejection motions filed in these chapter 11 cases. Dollar amounts for furniture, fixtures, and equipment are presented net of accumulated depreciation and other adjustments, except for certain locations where the Debtors planned to abandon items of *de minimis* value to the landlord. Because of the large number of items comprising the Debtors' furniture, fixtures, and equipment, as well as the difficulty of listing out every one of these assets, these items are listed as group line items. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed to be an admission regarding the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

35.     ***Schedule A/B 59*** The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. Values are listed as unknown or undetermined where appropriate. Additionally, the Debtors maintain certain customer lists and information in conjunction with the operation of their Customer Programs as defined in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief* [Docket No. 10].

36.     ***Schedule A/B 73*** The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. A list of the Debtors insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue their Insurance Policies and Honor all Obligations in Respect Thereof, and (B) Renew, Supplement, and Enter Into New Insurance Policies, and (II) Granting Related Relief* [Docket No. 13]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Such policies are listed on Schedule A/B, Part 11 but have no value ascribed to them.

37.     ***Schedule A/B 75.*** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

38.     ***Schedule D.*** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate principal and accrued interest as of the Petition Date.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code.

In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of another Debtor, however no claim set forth on Scheduled D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

39.  ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims***. The listing of any claim on Schedule E/F, Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time. All claims listed on the Debtors' Schedule E/F are claims arising from tax, wage, or wage-related obligations to which the Debtors may potentially be liable. Certain of such claims, however, may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E/F. Accordingly, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues. Additionally, as more fully set forth in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 14], claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code. Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

40.  ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialmans', or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

10

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor or related co-defendants that are the subject of the litigation may be unclear or undetermined. To the extent that litigation involving a particular Debtor or related co-defendant has been identified, such information is contained in the Schedule for that Debtor. Additionally, to the extent the identification of contingent co-defendants is unknown or unclear, the Debtors have listed only the underlying litigation. The amounts for these potential claims are listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts or unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Schedule E/F, Part 2 also contains memo entries for former employees who are owed prepetition paid time off. These former employees are not scheduled individually in order to protect personal information; however, each former employee will receive information about their scheduled claim and have the opportunity to file a proof of claim.

The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such

Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and SOFAs and to re-characterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

In addition, certain claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

41.    ***Schedule G.***  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, products, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or products were delivered, or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Certain of the executory contracts and unexpired leases listed in Schedule G may have been assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors. The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G; however, there may be instances in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases. Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease. In instances where the Debtors were unable to determine which Debtor is the party to a contract, agreement, or lease, the Debtors have listed such contracts, agreements, or leases on Schedule G for Debtor Fresh Acquisitions, LLC.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

42.    ***Schedule H.*** The Debtors have not listed any litigation-related to co-Debtors on Schedule H. Instead, such listings can be found on the Debtors' Schedules E/F.

## **Specific Disclosures with Respect to the Debtors' Statements**

43.     ***Statement 3.***   Statement 3 includes any disbursement or other transfer made by a Debtor where the aggregate transfers exceed $6,825, except for regular employee compensation and those made to insiders, which are reflected on Statements 4 and 30

44.     ***Statement 4.***   "Intercompany payments" mean payments made among or between debtors or their non-debtor affiliates as short term non-interest bearing loans, repayment of such loans, or management fees paid pursuant to management agreements.

Payments made by the Debtors to GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services have not been listed in response to Question 4; such payments made by the Debtors to B. Riley have been listed in response to Question 11.

45.     ***Statement 7.***   The Debtors have identified "Case Title," in some instances, by the applicable plaintiff's name.  The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto.  In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question 7, or additional legal actions, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of such suits and proceedings shall not constitute and admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

46.     ***Statement 11.***   The Debtors have used reasonable efforts to identify payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date.   Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

47.     ***Statement 13*** – As a result of the COVID-19 pandemic, most of the Debtors' buffet format restaurants were permanently closed.  As a part of each restaurant closing, the equipment, furniture, and fixtures located in the restaurants were either abandoned to the landlord or auctioned by a third party.  In the cases where there were proceeds remaining for the Debtor after deducting auction expenses, they were typically less than $20,000 per restaurant.

48.     ***Statement 14 -*** To the extent that the Debtors vacated store locations during the three years immediately preceding the commencement date, information on these former store locations is contained in the Debtors' response to Question 14.

49.     ***Statement 26(d).***  From time to time, the Debtors provided financial statements in the ordinary course of business to numerous parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions,

investment banks, vendors, landlords, debtholders and their legal and financial advisors. Due to the confidentiality requirements of related non-disclosure agreements, and because detailed records identifying all parties that have received such statements were not maintained by the Debtors, such parties are not listed in response to this question.

50.     ***Statement 27.***  The Debtors' employees perform weekly physical inventory counts in the ordinary course of business.  To the extent a location was closed, the inventory shown is $0.

51.     ***Statement 30.***  The Debtors have included responses to Question 30 in Question 4.

---

**Fill in this information to identify the case:**

Debtor name  Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

United States Bankruptcy Court for the:  Northern                    District of  Texas
                                                                        (State)

Case number (If known):  21-30721-SGJ

---

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................

       Unknown

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................

       $143,086.17
       Plus Unknown

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................

       $143,086.17
       Plus Unknown

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................................

   $13,966,151.50

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................

       $766,558.71

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

       + $13,399,243.32
       Plus Unknown

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b

   $28,131,953.53
   Plus Unknown

---

**Fill in this information to identify the case:**

Debtor name  Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

United States Bankruptcy Court for the:  Northern          District of  Texas
                                                                        (State)

Case number (If known):  21-30721-SGJ

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| **2. Cash on hand** | | | $ 0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Arizona Bank & Trust | Concentration Account | 7080 | $8,429.98 |
| 3.2 | Bank of America | Depository Account | 7197 | -$11.72 |
| 3.3 | Simmons Bank | Depository Account | 8441 | $0.00 |
| 3.4 | Arizona Bank & Trust | Disbursement Account | 7099 | $0.00 |
| 3.5 | Arizona Bank & Trust | Elavon Merch Account | 2184 | $0.00 |
| 3.6 | Arizona Bank & Trust | Merchant Deposit | 7103 | $0.00 |
| 3.7 | Arizona Bank & Trust | Utility | 3908 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | | | $8,418.26 |
|---|---|---|---|

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | **Current value of debtor's** |
|---|---|

**7. Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1    Gray Reed & McGraw LLP - retainer | $7,278.24 |
| 7.2    B. Riley Advisory Services - retainer | $6,666.67 |

Debtor    Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)      Case number *(if known)* 21-30721-SGJ
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Hartford Insurance, Crime-ERISA Bond only, 41BDDIJ7838 | unknown |
| 8.2 | Liberty Mutual Insurance Co., Business Auto, AS2-691-459056-050 | unknown |
| 8.3 | Liberty Mutual Insurance Co., General Liability, TB2-691-459056-060 | unknown |
| 8.4 | Liberty Mutual Insurance Co., Liquor Liability, TO2-691-459056-070 | unknown |
| 8.5 | Liberty Mutual Insurance Co., Umbrella(C), TH7-691-459056-220 | unknown |
| 8.6 | Liberty Mutual Insurance Co., Workers Compensation, WC7-691-459056-010 | unknown |
| 8.7 | CRC Group/ Munich Reinsurance, Boiler & Machinery, FBP2371426 | unknown |
| 8.8 | CRC Group/ Lexington Insurance Co., Commercial Property, 26709366 | unknown |
| 8.9 | CRC Group/ Princeton Excess & Surplus Lines, Commercial Property, 7EA3PP1001234-00 | unknown |
| 8.10 | CRC Group/ Landmark Insurance Co. , Commercial Property, LHD917585 | unknown |
| 8.11 | RT Speciality/ E-Risk/ Scottsdale, Directors & Officers Liability, EKI3350908 | unknown |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$13,944.91 + Unknown

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........→
                       face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........→
                     face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor have any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

---

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case number *(if known)* 21-30721-SGJ |
|---|---|---|
| | Name | |

---

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| Food Products | 04-15-2021 | $105,723.00 | Cost | $105,723.00 |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $105,723.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value $10,312.71    Valuation method Cost    Current value $10,312.71

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

Debtor     Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)            Case number *(if known)* 21-30721-SGJ
           Name

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method ____ Current value _____

36. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:     Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 8:     Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case number (if known) 21-30721-SGJ |
|---|---|---|
| | Name | |

| | | (Where available) | | |
|---|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Raw land, Pima County, AZ, undefined portion of Government Lot 17 | 100% | $26,864.00 | Assessed Value 2019 | Unknown |
| 55.2 | Furrs - Dallas, TX 6465 Samuell Blvd. Dallas TX 75228 | Lesee-lease agreement | | | Unknown |
| 55.3 | Furr's - Lubbock 6001 Slide Road Lubbock TX 79414 | Lesee-lease agreement | | | Unknown |
| 55.4 | Furr's - San Antonio 8410 State Highway 151 San Antonio TX 78245 | Lesee-lease agreement | | | Unknown |
| 55.5 | Furr's- ALBQ- San Mateo 6111 San Mateo Blvd. NE, Suite 109 Albuqerque NM 87109 | Lesee-lease agreement | | | Unknown |
| 55.6 | Furr's- ALBQ- Wyoming 2004 Wyoming NE Albuquerque NM 87112 | Lesee-lease agreement | | | Unknown |
| 55.7 | Furr's- Amarillo 2221 S. Soncy Amarillo TX 79109 | Lesee-lease agreement | | | Unknown |
| 55.8 | Furr's- Arlington 300 East I-20 Highway Arlington TX 76018 | Lesee-lease agreement | | | Unknown |
| 55.9 | Furr's- El Paso 11925 Gateway West Blvd. El Paso TX 79936 | Lesee-lease agreement | | | Unknown |
| 55.10 | Furr's- El Paso 11925 Gateway West Blvd. El Paso TX 79936 | Lesee-lease agreement | | | Unknown |
| 55.11 | Furr's- Farmington 3030 E. Main Farmington NM 87401 | Lesee-lease agreement | | | Unknown |
| 55.12 | Furr's- Fort Smith 5707 Rogers Avenue Fort Smith AR 72903 | Lesee-lease agreement | | | Unknown |
| 55.13 | Furr's- Garland 1540 Eastgate Drive Garland TX 75041 | Lesee-lease agreement | | | Unknown |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case number (*if known*) 21-30721-SGJ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 55.14 | Furr's- Hobbs 1416 N Turner Street Hobbs NM 88240 | Lesee-lease agreement | Unknown |
| 55.15 | Furr's- Lubbock 2817 Loop 289 South Lubbock TX 79423 | Lesee-lease agreement | Unknown |
| 55.16 | Furr's- McAllen 901 W Expressway McAllen TX 78501 | Lesee-lease agreement | Unknown |
| 55.17 | Furr's- Moore, OK 1201 S. Interstate Drive Moore OK 73160 | Lesee-lease agreement | Unknown |
| 55.18 | Furr's- Odessa- Music City Mall 4101 East 42nd Street Odessa TX 79762 | Lesee-lease agreement | Unknown |
| 55.19 | Furr's- Sante Fe 522 Cordova Santa Fe NM 87501 | Lesee-lease agreement | Unknown |
| 55.20 | Furr's- Sulphur Springs 1300 Mockingbird Lane Sulphur Springs TX 78245 | Lesee-lease agreement | Unknown |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Unknown

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** Customer lists from loyalty programs | | | unknown |
| **64. Other intangibles, or intellectual property** Intellecutal Property | | | unknown |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

Unknown

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)        Case number *(if known)* 21-30721-SGJ
      Name

---

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's** |

71. **Notes receivable**

Description (include name of obligor)

| Affiliate Receivables | $15,000.00 | — | $ 0.00 | = ➔ | $15,000.00 |
|---|---|---|---|---|---|
|  | Total face amount |  | doubtful or uncollectible amount |  |  |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

|  | Tax year |  |
|---|---|---|
|  | Tax year |  |
|  | Tax year |  |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim**
**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**
**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples: Season tickets, country club membership*

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $15,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

Debtor     Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)       Case number (if known) 21-30721-SGJ
      Name

| | | | |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets. Copy line 5, Part 1.** | $8,418.26 | | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $13,944.91 + Unknown | | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | | | |
| 83. **Investments.** Copy line 17, Part 4. | | | |
| 84. **Inventory.** Copy line 23, Part 5. | $105,723.00 | | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | | | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | | | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................................ ➔ | | | Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,000.00 | | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ........................... 91a. | $143,086.17 + Unknown | + 91b. | Unknown |
| 92. **Total of all property on Schedule A/B.** *Lines 91a + 91b = 92.* .................................................... | | | $143,086.17 + Unknown |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fresh Acquisitions, LLC** |
| United States Bankruptcy Court for the: | _____ District of _____ |
| | (State) |
| Case number (If known): | **21-30721-SGJ** |

Official Form 206D

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of Claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value | |

**2. List in alphabetical order all creditors who have secured claims.**

If a creditor has more than one secured claim, list the creditor separately for each claim.

| 2.1 | Creditor's name | Describe debtor's property that is subject to a lien | $13,466,151.50 | Undetermined |
|---|---|---|---|---|
| s1590 | ARIZONA BANK & TRUST | Substantially all assets | | |

**Creditor's Mailing Address**

C/O ENGELMAN BERGER, PC
PATRICK A. CLISHAM; SCOTT COHEN
2800 NORTH CENTRAL AVE, STE 1200
PHOENIX, AZ 85004

**Creditor's email address, if known**

PAC@EBLAWYERS.COM

**Date debt was incurred**

1/2/2015

**Last 4 digts of account number**

_____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor and its relative priority.

　　_____

　☑ Yes. The relative priority of creditors is specified on lines **Senior to VitaNova DIP**

**Describe the lien**

MONEY LOANED

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **Fresh Acquisitions, LLC**
_____   _____
         Name                                         21-30721-SGJ
                                               Case Number (if known)

**Part 1:**
_____

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value | |

**2.2**

**s1585**

**Creditor's name**

VITANOVA BRANDS, LLC

**Creditor's Mailing Address**

2338 N. LOOP 1604 W #350
SAN ANTONIO, TX  78248

**Creditor's email address, if known**

msutherland@ccsb.com

**Date debt was incurred**

4/16/2021

**Last 4 digts of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor and its relative priority.
      Junior lien on IP
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Intellectual property

Amount of Claim: $500,000.00

Value of collateral: Undetermined

**Describe the lien**

MONEY LOANED

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Fresh Acquisitions, LLC** — Name

**21-30721-SGJ** — Case Number (if known)

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| **VITANOVA BRANDS, LLC<br>C/O CARRINGTON, COLEMAN, SLOMAN &<br>BLUMENTHAL, L.L.P.<br>MIKE SUTHERLAND<br>901 MAIN ST., STE. 5500<br>DALLAS, TX 75202** | s1585 | |
| **ROCHELLE MCCULLOUGH, LLP<br>KEVIN D. MCCULLOUGH<br>ZACHARY G. LEVICK<br>325 N. ST. PAUL STREET, SUITE 4500<br>DALLAS, TX 75201** | s1590 | |

Debtor    **Fresh Acquisitions, LLC**                                              **21-30721-SGJ**
_____                    _____
          Name                                                          Case Number (if known)

| Part 3: | Total Amounts of the Claims Secured by Property |
|---|---|

|  | **Total of Claim Amounts** |
|---|---|
| **3a. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **3a.** | **$13,966,151.50** |

**Fill in this information to identify the case:**

Debtor name __**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**__

United States Bankruptcy Court for the: _____ District of _____

(State)

Case number (If known): __**21-30721-SGJ**__

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|---|

**2.1**

**s2232**

Priority creditor's name and mailing address

BERNALILLO COUNTY TREASURER
PO BOX 27800
ALBUQUERQUE, NM  87103-0269

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,341.34      $4,341.34

Date or dates debt was incurred
**Various**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Basis for the claim:
**BUSINESS PERSONAL PROPERTY**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2**

**s2256**

Priority creditor's name and mailing address

CITY OF MCALLEN TAX OFFICE
311 N 15TH
PO BOX 220
MCALLEN, TX  78505-0220

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$943.46      $943.46

Date or dates debt was incurred
**Various**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Basis for the claim:
**BUSINESS PERSONAL PROPERTY**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3**

**s2261**

Priority creditor's name and mailing address

CITY OF SULPHER SPRINGS TAX OFFICE
125 S DAVIS STREET
SULPHUR SPRINGS, TX  75482-271

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$205.60      $205.60

Date or dates debt was incurred
**Various**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Basis for the claim:
**BUSINESS PERSONAL PROPERTY**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 1: | **All Creditors with PRIORITY Unsecured Claims** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444,021.29 | $444,021.29 |
|---|---|---|---|---|

s1580 COMPTROLLER OF PUBLIC ACCOUNTS
STATE COMPTROLLER
PO BOX 149359
AUSTIN, TX 78714-9359

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SALES TAX

**Last 4 digts of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,570.23 | $8,570.23 |
|---|---|---|---|---|

s900 ECTOR COUNTY APPRAISAL DISTRIC
1301 E 8TH ST
ODESSA, TX 79761

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
3/17/2021

**Basis for the claim:**
TAX

**Last 4 digts of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,889.16 | $7,889.16 |
|---|---|---|---|---|

s2288 ECTOR COUNTY APPRAISAL DISTRICT
1301 E 8TH ST
ODESSA, TX 79761-4722

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
BUSINESS PERSONAL PROPERTY

**Last 4 digts of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,389.54 | $1,389.54 |
|---|---|---|---|---|

s2311 HALE COUNTY APPRAISAL DISTRICT
302 W 8TH STREET
PO BOX 329
PLAINVIEW, TX 79072

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
BUSINESS PERSONAL PROPERTY

**Last 4 digts of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

## Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

| | | |
|---|---|---|
| **2.8** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $408.82 | $408.82 |
| s2320 | HOPKINS COUNTY TAX OFFICE<br>PO BOX 481<br>SULPHUR SPRINGS, TX 75483 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>BUSINESS PERSONAL PROPERTY | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| **2.9** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $158.35 | $158.35 |
| s2342 | LEA COUNTY TREASURER<br>100 N MAIN STE 3C<br>LOVINGTON, NM 88280-4000 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>BUSINESS PERSONAL PROPERTY | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| **2.10** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,570.23 | $8,570.23 |
| s889 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 658718<br>SAN ANTONIO,, TX 78265 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TAX<br>ACCOUNT #: 99200.21234.00000 | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| **2.11** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $194,905.91 | $194,905.91 |
| s1581 | NM TAXATION AND REVENUE DEPARTMENT<br>PO BOX 25128<br>SANTA FE, NM 87504-5128 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SALES TAX | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

## Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,133.60 | $2,133.60 |
|---|---|---|---|---|

s2371 PIMA COUNTY TREASURER
PO BOX 29011
PHOENIX, AZ 85038-9011

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
BUSINESS PERSONAL PROPERTY

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $898.50 | $898.50 |
|---|---|---|---|---|

s2393 SAN JUAN COUNTY TREASURER
100 S OLIVER DR, STE 300
AZTEC, NM 87410

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
BUSINESS PERSONAL PROPERTY

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $686.96 | $686.96 |
|---|---|---|---|---|

s2395 SANTA FE COUNTY TREASURER
PO BOX T
SANTA FE, NM 87504-0528

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Various

Basis for the claim:
BUSINESS PERSONAL PROPERTY

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,322.35 | $17,322.35 |
|---|---|---|---|---|

s1582 STATE OF ARKANSAS DEPT OF FINANCE AND ADMIN
COLLECTION SECTION
PO BOX 8090
LITTLE ROCK, AR 72203-8090

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
- [x] No
- [ ] Yes

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

## Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

**2.16**
**s888**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,570.00 | $1,570.00 |
|---|---|---|---|

STATE OF DELAWARE
PO BOX 5509
BINGHAMTON, NJ 13902

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2/1/2020

Basis for the claim:
TAX NOTICE

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17**
**s890**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,145.15 | $4,145.15 |
|---|---|---|---|

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/18/2020

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.18**
**s891**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,357.08 | $5,357.08 |
|---|---|---|---|

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/14/2021

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.19**
**s892**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,379.16 | $10,379.16 |
|---|---|---|---|

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/14/2021

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority Amount |
|---|---|---|

**2.20**    Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$7,469.82**     **$7,469.82**

s893   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/14/2021

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.21**    Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$4,800.94**     **$4,800.94**

s894   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/17/2021

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.22**    Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$9,673.54**     **$9,673.54**

s895   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/17/2021

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.23**    Priority creditor's name and mailing address     As of the petition filing date, the claim is:     **$9,813.68**     **$9,813.68**

s896   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/17/2021

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,909.85 | $6,909.85 |
|---|---|---|---|---|

s897 TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/17/2021

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,154.15 | $4,154.15 |
|---|---|---|---|---|

s898 TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/17/2021

Basis for the claim:
TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,840.00 | $9,840.00 |
|---|---|---|---|---|

s1613 UNITED STATES TREASURY
INTERNAL REVENUE SERVICE CENTER
PO BOX 1302
CHARLOTTE, NC 28201-1302

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Various

Basis for the claim:
TAXES & OTHER GOVT DEBTS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,128.52 |
| --- | --- | --- | --- |
| s2204 | A-1 NATIONAL FIRE CO LLC<br>PO BOX 6783<br>CAROL STREAM, IL  60197-6783 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,455.86 |
| --- | --- | --- | --- |
| s2205 | ABCWUA<br>CITY OF ALBUQUERQUE UTILITY<br>PO BOX 27226<br>ALBUQUERQUE, NM 87125-7226 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $773.96 |
| --- | --- | --- | --- |
| s2206 | ABESCAPE LANDSCAPING LLC<br>12300 GATEWAY EAST BLVD<br>EL PASO, TX  79927 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.00 |
| --- | --- | --- | --- |
| s2207 | ABSW REFRIGERATION<br>ABSW REFRIGERATION<br>PO BOX 731<br>HOBBS, NM  88240 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| | |
|---|---|
| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,380.53 |
| **s2208** | **ACADEMY FIRE LIFE SAFETY LLC**<br>**42 BROADWAY**<br>**LYNBROOK, NY  11563** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various**<br><br>Last 4 digts of account number | Basis for the claim:   **REPAIRS & MAINTENANCE**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $439.58 |
| **s2209** | **ACCU TEMP INC**<br>**9001 OLD 81 LOOP**<br>**RUDY, AR  72952** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various**<br><br>Last 4 digts of account number | Basis for the claim:   **REPAIRS & MAINTENANCE**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $43.70 |
| **s2210** | **ACCURATE BACKGROUND, LLC**<br>**7515 IRVINE CENTER DR**<br>**IRVINE, CA  92618** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various**<br><br>Last 4 digts of account number | Basis for the claim:   **GENERAL & ADMINISTRATIVE**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,495.86 |
| **s2211** | **ADAMS AND REESE LLP**<br>**DEPT 5208**<br>**PO BOX 2153**<br>**BIRMINGHAM, AL  35287** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various**<br><br>Last 4 digts of account number | Basis for the claim:   **PROFESSIONALS**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.01 |
|---|---|---|---|

s2212    ADT SECURITY SYSTEMS INC
PO BOX 371956
PITTSBURGH, PA  15250-7956

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:    **REPAIRS & MAINTENANCE**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,686.82 |
|---|---|---|---|

s2213    ADVANCED GRAPHIX
4MZ INC
520 23RD STREET
LUBBOCK, TX  79404

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:    **MARKETING**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,882.62 |
|---|---|---|---|

s2214    AIRESPRING INC
1801 W OLYMPIC BLVD
FILE 1422
PASADENA, CA  91199-1422

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:    **UTILITIES**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s936    ALEXANDRIA
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    06/07/2019

Last 4 digts of account number

Basis for the claim:    **INCIDENT REPORT**

Is the claim subject to offset?

☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $206,511.47

s2215 | ALICIA & JERONIMO LP DBA WFC WYOMING NM LLC
1801 W OLYMPIC BLVD, FILE#1615
PASADENA, CA  91199-1615

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **RENT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.15

s2216 | ALL OUT PLUMBING & MECHANICAL
PO BOX 10097
ALBUQUERQUE, NM  87184

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,339.27

s2217 | ALL STAR FIRE PROTECTION
4725 LUMBER NE
SUITE 5
ALBUQUERQUE, NM  87109

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

s937 | ALLISON HOOD
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **05/29/2019**

Basis for the claim:   **INCIDENT REPORT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s920 | ALVARO MENJIVAR<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred    10/30/2019 | Basis for the claim:   INCIDENT REPORT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400,674.14 |
|---|---|---|---|
| s2218 | AM REALTY CAPITAL OP PTNRSHIP<br>PO BOX 29650<br>DEPT 880044<br>PHOENIX, AZ  85038-9650 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   RENT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.15 |
|---|---|---|---|
| s2219 | AMERICAN REFRIGERATION LLC<br>PO BOX 92644<br>ALBUQUERQUE, NM  87199 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,379.95 |
|---|---|---|---|
| s2220 | AMERICAN WASTE REMOVAL INC<br>ATTN ACCOUNTS REC<br>502 CARMONY LN NE<br>ALBUQUERQUE, NM  87107 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,126.59 |
|---|---|---|---|
| s2221 | AMERIPRIDE SERVICES, INC.<br>AMERIPRIDE LINEN & UNIFORM SERVICES<br>PO BOX 697<br>BEMIDJI, MN 56619-0697 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,755.87 |
|---|---|---|---|
| s2222 | ANCHOR EQUITIES LTD<br>3839 BEE CAVES RD STE 200<br>AUSTIN, TX 78746 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    RENT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,514.83 |
|---|---|---|---|
| s2223 | ANDERSON MARKETING GROUP<br>7420 BLANCO RD SUITE 200<br>SAN ANTONIO, TX 78216 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    MARKETING | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s959 | ANGELICA IBANEZ<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred    12/28/2018 | Basis for the claim:    INCIDENT REPORT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s944 | ANNA R PO<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

Date or dates debt was incurred   03/30/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,388.62 |
|---|---|---|---|
| s2224 | ARAMARK UNIFORM SERVICES DALLAS<br>PO BOX 731676<br>DALLAS, TX  75373-1676 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.36 |
|---|---|---|---|
| s2225 | ARKANSAS OKLAHOMA GAS CORP<br>PO BOX 207539<br>DALLAS, TX  75320-7539 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.53 |
|---|---|---|---|
| s2226 | ARS RESCUE ROOTER - IRVING<br>3403 E JOHN W CARPENTER FRWY<br>IRVING, TX  75062 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,001.56 |
|---|---|---|---|
| **s2227** | **ARTHUR N RUPE FOUNDATION**<br>**ADDRESS REDACTED** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   RENT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826,415.64 |
|---|---|---|---|
| **s965** | **ARTHUR N RUPE FOUNDATION**<br>**ADDRESS REDACTED** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   LITIGATION | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.50 |
|---|---|---|---|
| **s2228** | **ASSUREHIRE, INC**<br>**2206 PLAZA DRIVE SUITE 100**<br>**ROCKLIN, CA  95765** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   GENERAL & ADMINISTRATIVE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,025.83 |
|---|---|---|---|
| **s2229** | **A-TEX REFRIGERATION LLC**<br>**11504 S GEORGIA ST**<br>**AMARILLO, TX  79118** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
Debtor Name

21-30721-SGJ
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.33** Nonpriority creditor's name and mailing address

s2230    ATMOS ENERGY
PO BOX 740353
CINCINNATI, OH  45274-0353

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,272.58

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

s933    BARBRA MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

Date or dates debt was incurred    07/02/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

s2231    BASIN PLUMBING LLC
200 E 42ND ST STE C-404
ODESSA, TX  79762

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.52

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

s951    BATON ROUGE CITYCONSTABLE
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

Date or dates debt was incurred    02/03/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

s948    **BERNADETTE VIGIL**
**ADDRESS REDACTED**

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    02/28/2019

Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

s966    **BEXAR COUNTY, CITY OF SAN ANTONIO AND**
**ADDRESS REDACTED**

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |

s972    **BEXAR COUNTY, ET AL**
**ADDRESS REDACTED**

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,717.24 |

s2234    **BLAST MASTERS INC**
**PO BOX 2684**
**BIG SPRING, TX 79721-2684**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $221,203.90 |
|---|---|---|---|

s2235  BRE RC LAS PALMAS TX LP
PO BOX 206479
DALLAS, TX  75320-6479

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,625.41 |
|---|---|---|---|

s879  BROTHERS PRODUCE OF DALLAS, INC. - PACA TRUST
PO BOX 550278
DALLAS, TX  75355

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    12/21/20

Basis for the claim:   DEMAND LETTER
PACA TRUST - OUTSTANDING BALAMCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,312.71 |
|---|---|---|---|

s1502  BROTHERS PRODUCE OF DALLAS, INC.
ADDRESS REDACTED

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   SETTLEMENT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.00 |
|---|---|---|---|

s2236  BUDGET SELF STORAGE
11655 PELLICANO
EL PASO, TX  79936

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s958  CACY LEE JAMES LEE
ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred   01/05/2019

Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,817.00 |
|---|---|---|---|

s2237  CAPITOL CORPORATE SERVICES, INC.
PO BOX 1831
AUSTIN, TX  78767

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.31 |
|---|---|---|---|

s2238  CAPROCK SERVICE COMPANY
PO BOX 65516
LUBBOCK, TX  79464

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s947  CARLY GATCHELL
ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred   03/02/2019

Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.46 |
|---|---|---|---|

**s2239**

CARPET TECH LTD
6613 19TH ST
LUBBOCK, TX  79407-1303

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:    **REPAIRS & MAINTENANCE**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,446.02 |
|---|---|---|---|

**s2240**

CARREON CONSTRUCTION LLC
1009 17TH ST NW
RIO RANCHO, NM  87144

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:    **REPAIRS & MAINTENANCE**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,189.25 |
|---|---|---|---|

**s875**

CITY OF ALBUQUERQUE &/OR ALBUQUERQUE BERNAKITTI
COUNTY WATER UTILITY AUTHORITY (ABCWUA)
1 CIVIC PLAZA
ALBUQUERQUE, NM  87102

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **7/9/2020**

Last 4 digts of account number

Basis for the claim:    **DEMAND LETTER
ACCOUNT: 7434959560
AMOUNT: $4,189.25**

**DELINQUENT WATER AND/OR SEWER AND/OR SOLID
WASTE CHARGES AS INDICATED HEREIN, AND FOR
FUTURE CHARGES WHICH MAY ACCRUE AND BECOME
DELINQUENT**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |
|---|---|---|---|

**s2241**

CITY OF ALBUQUERQUE-FALSE ALARM REDUCTION UNIT
PO BOX 25700
ALBUQUERQUE, NM  87125-5700

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Last 4 digts of account number

Basis for the claim:    **PERMIT/FEE**

Is the claim subject to offset?

☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,006.61 |
|---|---|---|---|
| s2242 | CITY OF AMARILLO UTILITY<br>PO BOX 100<br>AMARILLO, TX 79105-1000 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |
|---|---|---|---|
| s2243 | CITY OF ARLINGTON POLICE ALARM OFFICE<br>POLICE ALARM OFFICE<br>PO BOX 1065 MS 04-0101<br>ARLINGTON, TX 76004-1065 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   PERMIT/FEE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,521.72 |
|---|---|---|---|
| s2244 | CITY OF ARLINGTON UTILITIES<br>PO BOX 90020<br>ARLINGTON, TX 76004-3020 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.00 |
|---|---|---|---|
| s2245 | CITY OF DALLAS DEPARTMENT OF CODE COMPLIA<br>7901 GOFORTH RD<br>DALLAS, TX 75238 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   PERMIT/FEE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                    21-30721-SGJ

Debtor Name                                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,694.82 |
|---|---|---|---|

s2246  CITY OF DALLAS UTILITIES AND SERVICE
CITY HALL 2D SOUTH
DALLAS, TX  75277

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various          Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

s2247  CITY OF EL PASO
FINANCIAL SERVICES - 1ST FLOOR
300 N CAMPBELL
EL PASO, TX  79901

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various          Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,229.57 |
|---|---|---|---|

s2248  CITY OF FARMINGTON UTILITIES
PO BOX 712569
DENVER, CO  80271-2569

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various          Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,246.18 |
|---|---|---|---|

s2249  CITY OF FORT SMITH
PO BOX 1908
FORT SMITH, AR  72902

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various          Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|
| s2250 | CITY OF FORT WORTH P&D ALARMS UNIT<br>1000 THROCKMORTON<br>FORT WORTH, TX 76102 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   PERMIT/FEE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,263.44 |
|---|---|---|---|
| s2252 | CITY OF GARLAND UTILITIES<br>PO BOX 461508<br>GARLAND, TX 75046-1508 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,370.28 |
|---|---|---|---|
| s2253 | CITY OF HOBBS WATER DEPT<br>200 E BROADWAY<br>HOBBS, NM 88240 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,863.50 |
|---|---|---|---|
| s2254 | CITY OF LUBBOCK UTILITIES<br>PO BOX 10541<br>LUBBOCK, TX 79408-3541 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |
|------|--------------------------------------------------|-----------------------------------------------|--------|

s2255
CITY OF MCALLEN
ALARMS DIVISION
PO BOX 220
MCALLEN, TX 78505-0220

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.95 |
|------|--------------------------------------------------|-----------------------------------------------|---------|

s2257
CITY OF MOORE UTILITIES
PO BOX 6830
MOORE, OK 73153-0830

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,838.01 |
|------|--------------------------------------------------|-----------------------------------------------|-----------|

s2259
CITY OF ODESSA UTILITIES
PO BOX 2552
ODESSA, TX 79760-2552

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|------|--------------------------------------------------|-----------------------------------------------|--------|

s2258
CITY OF ODESSA
PO BOX 4398
ODESSA, TX 79760

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,493.85 |
|---|---|---|---|
| s2260 | CITY OF SANTA FE UTILITIES<br>PO BOX 909<br>UTILITY SERVICE DIVISION<br>SANTA FE, NM  87504-0909 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,151.42 |
|---|---|---|---|
| s2262 | CITY OF SULPHUR SPRINGS UTILITIES<br>125 S DAVIS ST<br>SULPHUR SPRINGS, TX  75482-2717 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   UTILITIES | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.00 |
|---|---|---|---|
| s2263 | CITY OF TUCSON<br>103 E ALAMEDA<br>PO BOX 27210<br>TUCSON, AZ  85726-7210 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   PERMIT/FEE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.00 |
|---|---|---|---|
| s877 | CITY OF TUCSON<br>ENVIRONMENTAL & GENERAL SERVICES DEPARTMENT<br>CODE ENFORCEMENT DIVISION<br>PO BOX 27210, 4004 S PARK AVE<br>TUCSON, AZ  85726 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   11/20/21 | Basis for the claim:   DEMAND LETTER<br>1. TENTS AND MAKE SHIFT STRUCTURES ON THE PROPERTY THAT APPEAR TO BE OCCUPIED. NO CURRENT APPROVALS FOR THIS PROPERTY TO ALLOW THIS TYPE OF USE.<br>2. LITTER, TRASH AND DEBRIS LOCATED ON THE PROPERTY. | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 25 of 86

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.46 |
|---|---|---|---|
| s2264 | CITY PLUMBING INC<br>1001 N UNIVERSITY BLVD<br>NORMAN, OK  73069 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various**<br>Last 4 digts of account number | Basis for the claim:   **REPAIRS & MAINTENANCE**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.63 |
|---|---|---|---|
| s2265 | CLEAN CHOICE STEAM CARPET CLEANING<br>PO BOX 531747<br>HARLINGEN, TX  78553 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various**<br>Last 4 digts of account number | Basis for the claim:   **REPAIRS & MAINTENANCE**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,778.91 |
|---|---|---|---|
| s2267 | COMMERCIAL ICE MACHINE CO<br>501 E 2ND<br>ODESSA, TX  79761 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various**<br>Last 4 digts of account number | Basis for the claim:   **REPAIRS & MAINTENANCE**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,969.36 |
|---|---|---|---|
| s870 | COMMERCIAL LINEN SUPPLY V FURR`S FRESH BUFFET<br>RECEVIED: JANUARY 11, 2017 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   **DEMAND LETTER**<br>**COMMERCIAL LINEN SUPPLY IS ALLEGING A BALANCE OF $9,969.36 IS OWED.**<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                     **Amount of Claim**

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.03 |
|---|---|---|---|

s2268      CONSERVICE
           PO BOX 4718
           LOGAN, UT  84323-4718

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $181,895.39 |
|---|---|---|---|

s2269      CORONADO CENTER STATION LLC
           PO BOX 645414
           PITTSBURGH, PA  15264-5414

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.49 |
|---|---|---|---|

s2270      COZZINI BROS INC
           350 HOWARD AVE
           DES PLAINES, IL  60018

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,134.16 |
|---|---|---|---|

s2271      CPS ENERGY
           PO BOX 2678
           SAN ANTONIO, TX  78289-001

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

| | |
|---|---|
| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2272 | CREAMLAND DAIRIES INC<br>PO BOX 912685<br>DENVER, CO  80291-2685 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: $1,161.97

Date or dates debt was incurred   Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $8,710.80 |
| s2273 | CRUNCHTIME! INFORMATION SYSTEMS, INC.<br>129 PORTLAND ST<br>BOSTON, MA  02114 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred   Various

Basis for the claim:   IT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $439.34 |
| s2274 | CULLIGAN WATER OF W TEXAS INC<br>PO BOX 60275<br>MIDLAND, TX  79711-2750 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $652.64 |
| s2275 | D & B GLASS<br>2555 COORS BLVD<br>ALBUQUERQUE, NM  87120 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | |
|---|---|
| 3.85 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,340.84 |
| s2276 **D R B ELECTRIC INC**<br>**3601 SECOND STREET SW**<br>**ALBUQUERQUE, NM  87105** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date or dates debt was incurred   Various** | **Basis for the claim:   REPAIRS & MAINTENANCE** |
| **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | |
|---|---|
| 3.86 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** unknown |
| s908 **DALIA LOPEZ**<br>**ADDRESS REDACTED** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| **Date or dates debt was incurred   03/01/2020** | **Basis for the claim:   INCIDENT REPORT** |
| **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | |
|---|---|
| 3.87 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $100.00 |
| s2277 **DALLAS POLICE DEPARTMENT ALARM PERMIT COMPLIANCE UNIT**<br>**PO BOX 840186**<br>**DALLAS, TX  75284-0186** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date or dates debt was incurred   Various** | **Basis for the claim:   PERMIT/FEE** |
| **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | |
|---|---|
| 3.88 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** unknown |
| s912 **DARRELL SMITH**<br>**ADDRESS REDACTED** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| **Date or dates debt was incurred   12/25/2019** | **Basis for the claim:   INCIDENT REPORT** |
| **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.89**
**s2278**

Nonpriority creditor's name and mailing address

DEAN FOODS COMPANY DBA OAKS FARMS DAIRY DALLAS
PO BOX 676010
DALLAS, TX 75267-6010

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   FOOD/BEVERAGE

Is the claim subject to offset?
☑ No
☐ Yes

$1,785.91

---

**3.90**
**s2279**

Nonpriority creditor's name and mailing address

DEEP CLEAN CARPET CLEANERS
6816 JORDYN EMILY LN
EL PASO, TX 79932

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

$1,396.44

---

**3.91**
**s930**

Nonpriority creditor's name and mailing address

DELIA BALLI
ADDRESS REDACTED

Date or dates debt was incurred   08/03/2019

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.92**
**s2280**

Nonpriority creditor's name and mailing address

DFW EZ CLEANING
3208 EASTLAND ST
FORT WORTH, TX 76119

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

$1,596.70

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| s2281 | DIRECTV<br>PO BOX 105249<br>ATLANTA, GA 30348-5249 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred **Various** | **Basis for the claim:** UTILITIES |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount: $38,380.66

| | | |
|---|---|---|
| **3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| s2282 | DYNAMIC FOODS<br>ALAMO DYNAMIC LLC<br>1001 EAST 33RD ST<br>LUBBOCK, TX 79404-1899 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred **Various** | **Basis for the claim:** FOOD/BEVERAGE |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount: $4,030,009.78

| | | |
|---|---|---|
| **3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| s2283 | ECHO ELECTRIC CO INC<br>610 DEKALB AVE<br>FARMINGTON, NM 87401 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred **Various** | **Basis for the claim:** REPAIRS & MAINTENANCE |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount: $2,653.63

| | | |
|---|---|---|
| **3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| s2285 | ECOLAB INSTITUTIONAL - DISHMACHINE<br>PO BOX 70343<br>CHICAGO, IL 60673-3430 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred **Various** | **Basis for the claim:** REPAIRS & MAINTENANCE |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount: $172.49

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                    21-30721-SGJ

Debtor Name                                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.97**    Nonpriority creditor's name and mailing address

s2284    ECOLAB INSTITUTIONAL
PO BOX 70343
CHICAGO, IL  60673-3430

Date or dates debt was incurred   **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$36,823.44

---

**3.98**    Nonpriority creditor's name and mailing address

s2286    ECOLAB PEST ELIM DIV
26252 NETWORK PLACE
CHICAGO, IL  60673-1262

Date or dates debt was incurred   **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$13,512.67

---

**3.99**    Nonpriority creditor's name and mailing address

s2287    ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL  60673-1262

Date or dates debt was incurred   **Various**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,154.18

---

**3.100**    Nonpriority creditor's name and mailing address

s871    EDDIE RODRIGUEZ
ATTORNEY: JONATHAN L R BAEZA
730 E YANDELL DR
EL PASO, TX  79902

Date or dates debt was incurred   **4/7/20**

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:   **DEMAND LETTER
UNPAID WAGES ON MARCH 27, 2020 IN VIOLATION OF
TEXAS PAYDAY LAW AND THE FAIR LABOR STANDARDS
ACT (FLSA). PAYMENT BY 12:00AM ON APRIL 10, 2020 FOR
ALL HOURS WORKED AND ALL WAGES OWED**

Is the claim subject to offset?
- [x] No
- [ ] Yes

UNKNOWN

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 |
|---|---|---|---|

s2289 EGT ENTERPRISE INC
2030 UNION ST #207
SAN FRANCISCO, CA 94123

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,116.83 |
|---|---|---|---|

s2291 EL PASO DISPOSAL
PO BOX 679859
DALLAS, TX 75267-9859

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,657.70 |
|---|---|---|---|

s2292 EL PASO ELECTRIC CO INC
PO BOX 650801
DALLAS, TX 75265-0801

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,968.22 |
|---|---|---|---|

s2293 EL PASO WATER UTILITIES
PO BOX 511
EL PASO, TX 79961-0511

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                    21-30721-SGJ

Debtor Name                                                                        Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.10 |
|---|---|---|---|

s2294    ELECTRO FREEZE DIST OF TX INC
         435 W FORK DR
         ARLINGTON, TX  76012

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s962     ELIJAH VASQUEZ
         ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **12/10/2018**

Basis for the claim:   **INCIDENT REPORT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s915     ELIZABETH PEREZ
         ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **12/08/2019**

Basis for the claim:   **INCIDENT REPORT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s932     ELNORA YAZZIE
         ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **06/30/2019**

Basis for the claim:   **INCIDENT REPORT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____

Debtor Name

21-30721-SGJ
_____

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,957.85 |
|---|---|---|---|

s2295    ENGIE RESOURCES
PO BOX 9001025
LOUISVILLE, KY  40290-1025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s928    ERICA WILSON
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    08/15/2019

Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,181.20 |
|---|---|---|---|

s2296    EXPERT REPAIR LLC
PO BOX 382
CHOCTAW, OK  73020

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,344.44 |
|---|---|---|---|

s2297    FARRIS LAWNCARE LLC
PO BOX 100
ALMA, AR  72921

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

<table>
<tr><td colspan="2">**Part 2:** __All Creditors with NONPRIORITY Unsecured Claims__</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 |
|---|---|---|---|

s2298   **FE MORAN SECURITY SOLUTIONS SERVICES**
75 REMITTANCE DRIVE, DEPT 1743
CHICAGO, IL  60675-1743

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,482.72 |
|---|---|---|---|

s2299   **FISHBOWL INC**
PO BOX 740513
ATLANTA, GA  30374-0513

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:   **GENERAL & ADMINISTRATIVE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $235,985.21 |
|---|---|---|---|

s876   **FISHBOWL INC.**
44 CANAL CENTER PLAZA, SUITE #500
ALEXANDRIA, VA  22314-1563

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    **9/23/20**

Basis for the claim:   **DEMAND LETTER**
**BREACH OF CREDIT TERMS FOR FISHBOWL MARKETING**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s1162   **FISHBOWL INC.**
44 CANAL CENTER PLAZA, SUITE #500
ALEXANDRIA, VA  22314-1563

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    **9/23/2020**

Basis for the claim:   **DEMAND LETTER**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims                     page 36 of 86

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                    21-30721-SGJ

Debtor Name                                                                          Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

| | | |
|---|---|---|
| **3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $5,948.16 |
| s872 | FIX RIGHT LLC<br>10 LA POBLANA RD NW<br>ALBUQUERQUE, NM  87107 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date or dates debt was incurred    05/29/2020<br><br>Last 4 digts of account number | **Basis for the claim:**  DEMAND LETTER<br>ON 01/17/2019, THE LIEN CLAIMANT ENTERED INTO AN<br>ORAL CONTRACT WITH THE OWNER TO DIFFERENT<br>SERVICE CALLS FOR THE ORIGINAL TOTAL SUM OF<br>$5,096.11. WORK WAS APPROVED ON 3/18/2019<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,420.62 |
| s873 | FIX RIGHT LLC<br>10 LA POBLANA RD NW<br>ALBUQUERQUE, NM  87107 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date or dates debt was incurred    5/27/20<br><br>Last 4 digts of account number | **Basis for the claim:**  DEMAND LETTER<br>ON 03/04/2019, THE LIEN CLAIMANT ENTERED INTOAN<br>ORAL CONTRACT WITH THE AFOREMENTIONED OWNER<br>TO SERVICE CALL FOR THE ORIGINAL TOTAL SUM<br>OF$1,078.06. WORK WAS COMPLETED ON 3/4/2020.<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $2,843.32 |
| s874 | FIX RIGHT LLC<br>10 LA POBLANA RD NW<br>ALBUQUERQUE, NM  87107 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date or dates debt was incurred    12/9/20<br><br>Last 4 digts of account number | **Basis for the claim:**  DEMAND LETTER<br>ON 07/19/2019, THE LIEN CLAIMANT ENTERED INTO AN<br>ORAL CONTRACT WITH THE OWNER TO DIFFERENT<br>SERVICE CALLS FOR THE ORIGINAL TOTAL SUM OF<br>$2351.41. WORK WAS COMPLETED ON 07/19/2019<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $724.28 |
| s2300 | FIX RIGHT LLC<br>10 LA POBLANA RD NW<br>ALBUQUERQUE, NM  87107 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred    Various<br><br>Last 4 digts of account number | **Basis for the claim:**   REPAIRS & MAINTENANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s919     FLORINE CHAMBERS
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred   10/30/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $758.73 |
|---|---|---|---|

s2301     FORT SMITH RESTAURANT SUPPLY
930 S PHOENIX
FORT SMITH, AR 72901

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,406.59 |
|---|---|---|---|

s2302     FOUR SEASONS PLUMBING LLC
PO BOX 1667
ODESSA, TX 79760-1667

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,010.22 |
|---|---|---|---|

s2303     FRANKLIN ENTERPRISES INC
DBA FRANKLIN FOOD EQUIPMENT
PO BOX 1517
VAN BUREN, AR 72957-1517

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| **3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.10 |
| **s2304** | FRANKS ELECTRIC LLC<br>11801 LINN AVE NE<br>ALBUQUERQUE, NM 87123 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,460.51 |
| **s2305** | FRESHPOINT DALLAS<br>4721 SIMONTON ROAD<br>DALLAS, TX 75244 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **FOOD/BEVERAGE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,771.45 |
| **s2306** | FUTURA ENTERPRISES, INC<br>11857 JUDD COURT, STE 214<br>DALLAS, TX 75243 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,879.99 |
| **s887** | FUTURA ENTERPRISES, INC.<br>KEVIN M ROSS<br>JONES, DAVIS & JACKSON, P C<br>15110 DALLAS PARKWAY, STE 300<br>DALLAS, TX 75248 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **3/23/21** | Basis for the claim: **DEMAND LETTER<br>OUTSTANDING INVOICE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.129** Nonpriority creditor's name and mailing address

s2307 GARLAND EASTGATE LP DBA CENTERVILLE MARKETPLACE
3102 MAPLE AVE STE 500
DALLAS, TX  75201

As of the petition filing date, the claim is: $5,496.36

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

s2308 GARLAND POLICE DEPARTMENT
ATTN ALARM ENFORCEMENT CLERK
PO BOX 207780
DALLAS, TX  75320-7780

As of the petition filing date, the claim is: $50.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   PERMIT/FEE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

s2309 GASKETGUY OF DFW
2201 MIDWAY RD STE 324
CARROLLTON, TX  75006

As of the petition filing date, the claim is: $646.25

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address

s910 GEORGE MAYERS
ADDRESS REDACTED

As of the petition filing date, the claim is: unknown

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   01/31/2020

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 40 of 86

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                        21-30721-SGJ
_____                                        _____
Debtor Name                                                                                        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,441.51 |
|---|---|---|---|

**s2310**

GUARDIAN
PO BOX 677458
DALLAS, TX  75267-7458

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **INSURANCE**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,852.55 |
|---|---|---|---|

**s2312**

HBE MECHANICAL LLC
1205 MELISSA DR
KELLER, TX  7262

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.41 |
|---|---|---|---|

**s2313**

HCD GENERAL CONTRACTING
HUBERT CABALLOS-DAVIS
PO BOX 5213
MCALLEN, TX  78502

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,042.73 |
|---|---|---|---|

**s2314**

HELEN THOMPSON MEDIA, INC.
18911 HARDY OAK BLVD SUITE#141
SAN ANTONIO, TX  78258

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **Various**

Basis for the claim:    **MARKETING**

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,865.00 |

**3.137**

**s2315**  HIGH TECH TRONICS INC
PO BOX 271493
OKLAHOMA CITY, OK 73137

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.138**   Nonpriority creditor's name and mailing address

**s2316**  HIRE QUEST, LLC DBA HIREQUEST DIRECT
P.O. BOX 890714
CHARLOTTE, NC 28289-0714

As of the petition filing date, the claim is:   $969.93

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.139**   Nonpriority creditor's name and mailing address

**s2317**  HOLLAND & HART LLP
PO BOX 17283
DENVER, CO 80217-0283

As of the petition filing date, the claim is:   $4,360.50

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PROFESSIONALS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.140**   Nonpriority creditor's name and mailing address

**s2318**  HOLLAND ISLAND LLC
8938 WORCHESTER HIGHWAY
BERLIN, MD 21811

As of the petition filing date, the claim is:   $395,422.83

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 42 of 86

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                    21-30721-SGJ

Debtor Name                                                                                  Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.141**

s945

Nonpriority creditor's name and mailing address

HOMER ROBINSON
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   03/10/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

☑ No
☐ Yes

unknown

---

**3.142**

s2319

Nonpriority creditor's name and mailing address

HOODZ OF OKLAHOMA
DBA HOODZ OF OKLAHOMA
4100 WILL ROGERS PKWY STE 1000
OKLAHOMA CITY, OK  73108

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

$1,175.00

---

**3.143**

s2321

Nonpriority creditor's name and mailing address

ICA PROPERTIES, INC
PO BOX 2969
ODESSA, TX  79760

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?

☑ No
☐ Yes

$108,000.00

---

**3.144**

s2322

Nonpriority creditor's name and mailing address

ICON PLUMBING
CONDY'S ICON PLUMBING
990 HWY 287 #106
MANSFIELD, TX  76063

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

$4,250.00

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                           21-30721-SGJ

Debtor Name                                                                                         Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,282.35 |

s2323     **IT PROBLEM SOLVER INC**
          27762 ANTONIO PKWY, STE L1-469
          LADERA RANCH, CA  92694

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various          Basis for the claim:   IT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.146     Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          unknown

s931      **J JACKON**
          ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    07/15/2019          Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.147     Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $2,224.51

s2324     **J&M UPHOLSTERY**
          6725 ROUTT ST
          FT WORTH, TX  76112

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various          Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.148     Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $10,472.87

s2325     **J&T REFRIGERATION**
          PO BOX 10308
          MIDLAND, TX  79702

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various          Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,006.79 |
| --- | --- | --- | --- |

s2326   JACKSON EQUIPMENT CO INC DBA JACKSON COMPACTION
6420 2ND STREET NW
ALBUQUERQUE, NM 87107

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
| --- | --- | --- | --- |

s906   **JAKYRI LEWIS**
**ADDRESS REDACTED**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **03/12/2020**

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
| --- | --- | --- | --- |

s923   **JALAL OREY**
**ADDRESS REDACTED**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **09/29/2019**

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
| --- | --- | --- | --- |

s942   **JAMES BRENNON**
**ADDRESS REDACTED**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **03/28/2019**

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,128.26 |
|---|---|---|---|
| s2327 | JEANS RESTAURANT SUPPLY<br>426 S STAPLES<br>CORPUS CHRISTI, TX 78401 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.86 |
|---|---|---|---|
| s2328 | JEFF REDDING DBA JR SERVICES<br>PO BOX 857<br>SULPHUR SPRINGS, TX 75483 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.00 |
|---|---|---|---|
| s2329 | JEFFERY L JONES DBA BOYD`S PUMPING & EXCAVATION<br>246 FM 2575<br>AMARILLO, TX 79108 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    Various | Basis for the claim:    REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s939 | JERRY LOBLEY<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred    05/04/2019 | Basis for the claim:    INCIDENT REPORT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.157**

s914

**Nonpriority creditor's name and mailing address**

**JESUS A MACIAS**
**ADDRESS REDACTED**

Date or dates debt was incurred    12/09/2019

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**   INCIDENT REPORT

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

unknown

---

**3.158**

s2330

**Nonpriority creditor's name and mailing address**

**JOE W FLY COMPANY**
**PO BOX 560666**
**DALLAS, TX  75356-0666**

Date or dates debt was incurred    Various

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   REPAIRS & MAINTENANCE

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$3,128.42

---

**3.159**

s2331

**Nonpriority creditor's name and mailing address**

**JOHNNY B ELECTRIC INC**
**1100 SW 1ST AVE**
**AMARILLO, TX  79106**

Date or dates debt was incurred    Various

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   REPAIRS & MAINTENANCE

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$353.38

---

**3.160**

s2332

**Nonpriority creditor's name and mailing address**

**JOHNSON CONTROLS SECURITY SOLUTIONS**
**PO BOX 371994**
**PITTSBURGH, PA  15250-7994**

Date or dates debt was incurred    Various

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   REPAIRS & MAINTENANCE

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

$127.02

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 47 of 86

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.87 |
|---|---|---|---|

s2333  JORGE ALLENDE PINERA
1704 LLANO ST STE B 422
SANTE FE, NM  87505

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s926  JOSE MEDINA
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    08/24/2019

Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s929  JOYNIQUE SALLIVAN
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    08/15/2019

Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,917.41 |
|---|---|---|---|

s2334  JR APPLIANCE REPAIR
319 SHADY LN
EL PASO, TX  79922

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| **3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | | unknown |

**3.165**

s960    JUANA GUZMAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      unknown

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    12/23/2018

Basis for the claim:    INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.166**

s955    JUDY THOMAS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      unknown

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    01/20/2019

Basis for the claim:    INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.167**

s907    JULIANNE SWAN
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      unknown

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    03/07/2020

Basis for the claim:    INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.168**

s911    KAITLIN SOWARDS
ADDRESS REDACTED

**As of the petition filing date, the claim is:**      unknown

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    12/25/2019

Basis for the claim:    INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s924  KATIA CASTRO GUTIERREZ
ADDRESS REDACTED

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    09/16/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.79 |
|---|---|---|---|

s2336  KINGS AIRE INC
1035 KESSLER
EL PASO, TX  79907

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.72 |
|---|---|---|---|

s2337  KIRSCH CONST ENT INC DBA OMALLEY GLASS
531 HAINES AVE NW
ALBUQUERQUE, NM  87102

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,460.99 |
|---|---|---|---|

s886  KNIGHT RESTORATION SERVICES
4200 SOJOURN DRIVE
ADDISON, TX  75001

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    11/16/2020

Last 4 digts of account number

Basis for the claim:   DEMAND LETTER
INVOICE #: 13201
FURRS335
WATER RESTORATION SERVICES PROVIDED  ON 8/10/2020

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,460.99 |
|---|---|---|---|
| s2338 | KNIGHT RESTORATION SERVICES<br>4200 SOJOURN DRIVE<br>ADDISON, TX  75001 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s916 | KRYSTEN JONES<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

Date or dates debt was incurred    11/17/2019

Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.98 |
|---|---|---|---|
| s2339 | LA QUINTA INN & SUITES BY WYNDHAM<br>COREPOINT TRS LLC<br>4001 SCOT`S LEGACY<br>ARLINGTON, TX  76015 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,994.90 |
|---|---|---|---|
| s2340 | LACKEY RANCH & CATTLE<br>JAMES & LINDA LACKEY<br>PO BOX 790<br>COLLINSVILLE, TX  76233 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.177** Nonpriority creditor's name and mailing address

s2341 LEA COUNTY SEPTIC TANK
PO BOX 703
HOBBS, NM  88240-7030

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

$659.38

---

**3.178** Nonpriority creditor's name and mailing address

s949 LEANDRA WESTBROOK
ADDRESS REDACTED

Date or dates debt was incurred    02/25/2019

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

☑ No
☐ Yes

unknown

---

**3.179** Nonpriority creditor's name and mailing address

s935 LEONOR LUGO
ADDRESS REDACTED

Date or dates debt was incurred    06/15/2019

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

☑ No
☐ Yes

unknown

---

**3.180** Nonpriority creditor's name and mailing address

s927 LIBBI ODEAN
ADDRESS REDACTED

Date or dates debt was incurred    08/24/2019

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

☑ No
☐ Yes

unknown

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                          21-30721-SGJ

Debtor Name                                                                         Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,895.16 |
|---|---|---|---|
| s2343 | LIBERTY MUTUAL INSURANCE GROUP<br>PO BOX 91012<br>CHICAGO, IL  60680-1110 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **INSURANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s961 | LINDA PHILLIPS<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   **12/22/2018** | Basis for the claim:   **INCIDENT REPORT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,154.43 |
|---|---|---|---|
| s2344 | LIQUID ENVIRONMENTAL SOLUTIONS<br>PO BOX 733372<br>DALLAS, TX  75373-3372 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   **Various** | Basis for the claim:   **REPAIRS & MAINTENANCE** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s940 | LISA ESTRADA<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   **04/12/2019** | Basis for the claim:   **INCIDENT REPORT** | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 53 of 86

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.185** Nonpriority creditor's name and mailing address $9,985.00

s902 LUCIA DAMIANO
ADDRESS REDACTED

As of the petition filing date, the claim is:
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred   12/10/2019

Last 4 digts of account number

Basis for the claim:   WORKERS COMPENSATION
SLIPPED AND FELL

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

**3.186** Nonpriority creditor's name and mailing address $92,140.00

s2346 M TRAMMELL
10230 PINETREE DR
SAN DIEGO, CA 92131

As of the petition filing date, the claim is:
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

**3.187** Nonpriority creditor's name and mailing address $42,795.00

s867 MARIA MOLINA
ADDRESS REDACTED

As of the petition filing date, the claim is:
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred   8/27/2018

Last 4 digts of account number

Basis for the claim:   GENERAL LIABILITY CLAIM
CLAIM NUMBER: P94935076301SUMMONS AND
COMPLAINT ALLEGES CUSTOMER SLIPPED AND FELL ON
FOOD.

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

**3.188** Nonpriority creditor's name and mailing address unknown

s952 MARIO MARTINEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:
Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred   02/02/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

- [x] No
- [ ] Yes

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.189** Nonpriority creditor's name and mailing address

s946 **MARSHA PETERSEN**
ADDRESS REDACTED

As of the petition filing date, the claim is:                    unknown

Check all that apply.

[✔] Contingent
[✔] Unliquidated
[✔] Disputed

Date or dates debt was incurred    03/03/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

[✔] No
[ ] Yes

---

**3.190** Nonpriority creditor's name and mailing address

s2347 **MASTER PLUMBERS INC**
PO BOX 1147
HOBBS, NM  88241

As of the petition filing date, the claim is:                    $400.53

Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

[✔] No
[ ] Yes

---

**3.191** Nonpriority creditor's name and mailing address

s2348 **MCALLEN PUBLIC UTILITIES**
PO BOX 280
MCALLEN, TX  78502-2800

As of the petition filing date, the claim is:                    $1,782.87

Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?

[✔] No
[ ] Yes

---

**3.192** Nonpriority creditor's name and mailing address

s2349 **MCD ELECTRIC INC**
18 SABINA LN
SANTA FE, NM  87508

As of the petition filing date, the claim is:                    $1,927.75

Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

[✔] No
[ ] Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 55 of 86

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                    21-30721-SGJ

Debtor Name                                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $163,997.70 |
|---|---|---|---|

s2350   MCM PROPERTIES LTD DBA MUSIC CITY MALL
4101 E 42ND ST
ODESSA, TX  79762

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    RENT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $128,806.87 |
|---|---|---|---|

s880    MCM PROPERTIES, LTC ( MCM )
ATTY: ATKINS,HOLLMANN,JONES,PEACOCK,LEWIS & LYON
3800 EAST 42ND STREET, SUITE 500
ODESSA, TX  79762

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    2/10/20

Basis for the claim:    DEMAND LETTER

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00 |
|---|---|---|---|

s971    MCM PROPERTIES, LTD. AND ICA PROPERTIES, INC.
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    LITIGATION

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s963    MELINDA GUSTINE
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    12/08/2018

Basis for the claim:    INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s903    MIKE (SON OF THE GUEST WITH THE INCIDENT)
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    09/25/2020

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s934    MIRANDA GARCIA GORDON
ADDRESS REDACTED

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    06/29/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,890.36 |
|---|---|---|---|

s2351   MOSES PLUMBING & JERRYS DRAIN SVC
JAMES L MOSES
PO BOX 7267
VAN BUREN, AR  72956

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,709.47 |
|---|---|---|---|

s2352   MR WILSONS PLUMBING
SOLUTIONS LLC
PO BOX 65541
LUBBOCK, TX  79464

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.201** Nonpriority creditor's name and mailing address

s2353 MULLIN PLUMBING WEST DIVISION INC
2936 N SHIELDS BLVD
MOORE, OK 73160-1003

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$3,592.40

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.202** Nonpriority creditor's name and mailing address

s938 NANCY APODACA
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

unknown

Date or dates debt was incurred    05/13/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.203** Nonpriority creditor's name and mailing address

s2354 NATIONAL CHECKING COMPANY
CM- 9771 -PO BOX 70870
ST. PAUL, MN 55170-9771

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$1,111.07

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.204** Nonpriority creditor's name and mailing address

s2355 NATIONAL RETAIL PROPERTIES LP
PO BOX 864205
ORLANDO, FL 32886-4205

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$914,139.24

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

**3.205** Nonpriority creditor's name and mailing address

s969 NATIONAL RETAIL PROPERTIES, LP
ADDRESS REDACTED

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: LITIGATION

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.206** Nonpriority creditor's name and mailing address

s970 NATIONAL RETAIL PROPERTIES, LP
ADDRESS REDACTED

As of the petition filing date, the claim is: UNKNOWN

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: LITIGATION

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.207** Nonpriority creditor's name and mailing address

s2356 NCR CORPORATION
PO BOX 198755
ATLANTA, GA 30384-8755

As of the petition filing date, the claim is: $89,976.90

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: IT

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.208** Nonpriority creditor's name and mailing address

s2357 NEW MEXICO ENVIRONMENTAL DEPT - SANTA FE
FIELD OPERATIONS DIV.SANTA FE
2540 CAMINO EDWARD ORTIZ
SANTA FE, NM 87507

As of the petition filing date, the claim is: $200.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred Various

Last 4 digts of account number

Basis for the claim: PERMIT/FEE

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.25 |
|-------|--------------------------------------------------|----------------------------------------------|---------|

s2358  NEW MEXICO GAS COMPANY
PO BOX 27885
ALBUQUERQUE, NM 87125-7885

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,505.14 |
|-------|--------------------------------------------------|----------------------------------------------|------------|

s2359  NEW MOON GOLDEN BARLEY MECHANICAL
757 98TH ST SW 12
ALBUQUERQUE, NM 87121

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,012.38 |
|-------|--------------------------------------------------|----------------------------------------------|-----------|

s2360  NUCO2 INC
PO BOX 417902
BOSTON, MA 02241-7902

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.62 |
|-------|--------------------------------------------------|----------------------------------------------|---------|

s2361  OFFICE DEPOT INC
PO BOX 660113
DALLAS, TX 75266-0113

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
_____
Debtor Name

21-30721-SGJ
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,121.58 |
|---|---|---|---|
| s2362 | OG&E<br>PO BOX 24990<br>OKLAHOMA CITY, OK 73124-9900 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,765.49 |
|---|---|---|---|
| s2363 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART P C<br>PO BOX 89<br>COLUMBIA, SC 29202 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   PROFESSIONALS

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,182.07 |
|---|---|---|---|
| s2364 | OKLAHOMA NATURAL GAS COMPANY<br>PO BOX 219296<br>KANSAS CITY, MO 64121-9296 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 |
|---|---|---|---|
| s2365 | PARDEN`S PORTABLE BLDGS & CONSTRUCTION<br>8544 N US HWY 287<br>AMARILLO, TX 79108 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)
Debtor Name

21-30721-SGJ
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,518.04 |
|---|---|---|---|
| s2366 | PARTS TOWN LLC<br>27787 NETWORK PLACE<br>CHICAGO, IL 60673-1277 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 |
|---|---|---|---|
| s2367 | PATINOS LAWN SERVICE LLC<br>400 WATSON DR<br>ALLEN, TX 75002 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,700.00 |
|---|---|---|---|
| s2368 | PAYTRONIX SYSTEMS INC<br>80 BRIDGE ST.<br>NEWTON, MA 02458 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: GENERAL & ADMINISTRATIVE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.49 |
|---|---|---|---|
| s2369 | PEABODY, LLC DBA FASTSIGNS<br>1529 EUBANK BLVD NE STE F<br>ALBUQUERQUE, NM 87112 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred Various | Basis for the claim: REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $291.76 |
|---|---|---|---|
| s2370 | PEOPLEREADY INC<br>PO BOX 676412<br>DALLAS, TX  75267-6412 | Check all that apply. |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $489.16 |
|---|---|---|---|
| s2372 | PLAINS DAIRY PRODUCTS INC<br>300 N TAYLOR<br>AMARILLO, TX  79107 | Check all that apply. |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $126,577.08 |
|---|---|---|---|
| s2373 | PNM<br>PO BOX 17970<br>DENVER, CO  80217-0970 | Check all that apply. |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,720.82 |
|---|---|---|---|
| s2374 | POTATO SPECIALTY CO INC<br>PO BOX 3925<br>LUBBOCK, TX  79452 | Check all that apply. |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                    21-30721-SGJ

Debtor Name                                                                   Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                  **Amount of Claim**

| | | |
|---|---|---|
| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,376.05 |

s2376    PREMIER CARPET CLEANING LLC
         PO BOX 11163
         FORT SMITH, AR  72917

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,773.17 |

s2377    PROTECTION ONE INC
         PO BOX 872987
         KANSAS CITY, MO  64187-2987

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.84 |

s2378    PROTOCALL LLC
         303 W LOOP 281 SUITE 110 PMB 149
         LONGVIEW, TX  75605

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,201.09 |

s2379    R&B COMMERCIAL SERVICE INC
         PO BOX 36378
         ALBUQUERQUE, NM  87176-6378

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 64 of 86

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**                     21-30721-SGJ

Debtor Name                                                                      Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,776.15

**s2381** | **RANDY JONES DBA RANDY JONES CARPET CLNG & STRC**
PO BOX 2091
CARLSBAD, NM  88221-2091

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

**s943** | **RAUL H RODRIGUEZ**
**ADDRESS REDACTED**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **04/07/2019**

Last 4 digts of account number

Basis for the claim:   **INCIDENT REPORT**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,390.87

**s2382** | **REVERE PUBLIC ADJUSTERS, INC.**
1412 BRISTLEWOOD DRIVE
MCKINNEY, TX  75072

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,634.83

**s2383** | **RICK CHAPA**
PO BOX 679
WESLACO, TX  78599

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.32 |
|-------|---|---|---|

s2384 | RIO ARRIBA COUNTY
PO BOX 127
TIERRA AMARILLA, NM 87575

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $260,518.83 |
|-------|---|---|---|

s2385 | ROGERS AVENUE PROPERTIES LLC
109 N 6 ST
FORT SMITH, AR 72901

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   RENT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|-------|---|---|---|

s968 | ROGERS AVENUE PROPERTIES, LLC
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 |
|-------|---|---|---|

s2386 | ROGERS LOCK & SAFE LLC
906 NW 5TH ST
OKLAHOMA CITY, OK 73106

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 66 of 86

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.237**

**s957**

Nonpriority creditor's name and mailing address

**ROSE LILLQUIST**
**ADDRESS REDACTED**

Date or dates debt was incurred   01/10/2019

Last 4 digts of account number

As of the petition filing date, the claim is:

unknown

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.238**

**s2387**

Nonpriority creditor's name and mailing address

**ROTO ROOTER SERVICES CO INC**
**5672 COLLECTIONS CENTER DR**
**CHICAGO, IL  60693**

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

$864.63

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.239**

**s2388**

Nonpriority creditor's name and mailing address

**RSM US LLP**
**5155 PAYSHERE CIRCLE**
**CHICAGO, IL  60674**

Date or dates debt was incurred   Various

Last 4 digts of account number

As of the petition filing date, the claim is:

$35,950.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   PROFESSIONALS

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.240**

**s869**

Nonpriority creditor's name and mailing address

**RUBY GOMEZ**
**ADDRESS REDACTED**

Date or dates debt was incurred   8/26/2018

Last 4 digts of account number

As of the petition filing date, the claim is:

$107,350.00

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   GENERAL LIABILITY CLAIM
P 949-361425   CLAIMANT ALLEGES SLIP AND FALL ON
A LIQUID SUBSTANCE CAUSING SEVERE INJURIES.

Is the claim subject to offset?

☑ No
☐ Yes

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.241** Nonpriority creditor's name and mailing address

s2389 S&S UPHOLSTERY
613 ENCINO DR
EL PASO, TX 79905

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **REPAIRS & MAINTENANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$833.53

---

**3.242** Nonpriority creditor's name and mailing address

s921 SAID AHMEED
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred **10/29/2019**

Last 4 digts of account number

Basis for the claim: **INCIDENT REPORT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.243** Nonpriority creditor's name and mailing address

s2390 SAN ANTONIO WATER SYSTEM
PO BOX 2990
SAN ANTONIO, TX 78299-2990

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **UTILITIES**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$384.03

---

**3.244** Nonpriority creditor's name and mailing address

s2391 SAN DIEGO RIVERSIDE CHARTER SCHOOL
PO BOX 99
JEMEZ PUEBLO, NM 87024

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred **Various**

Last 4 digts of account number

Basis for the claim: **GENERAL & ADMINISTRATIVE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$173.76

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                    21-30721-SGJ

Debtor Name                                                                        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107,514.88 |
|---|---|---|---|

s2392    SAN JUAN ASSOCIATES
2325 SAN PEDRO BLDG NE 2A
ALBUQUERQUE, NM 87110

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|

s964    SAN151NNN LLC
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:   LITIGATION

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83,333.35 |
|---|---|---|---|

s1495    SAN15INNN LLC
ADDRESS REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   SETTLEMENT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s909    SANDRA CRAWFORD
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    03/03/2020

Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.249**

**s956**

Nonpriority creditor's name and mailing address

SANDRA RESENDEZ
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    01/11/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

- [x] No
- [ ] Yes

unknown

---

**3.250**

**s2394**

Nonpriority creditor's name and mailing address

SANDY ALEXANDER INC DBA DINETEC
200 ENTIN ROAD
CLIFTON, NJ  07014

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?

- [x] No
- [ ] Yes

$13,672.23

---

**3.251**

**s2396**

Nonpriority creditor's name and mailing address

SANTA FE EXPRESS PLUMBING &
DRAIN LLC
2542 CAMINO ESTRIBO
SANTA FE, NM  87505

As of the petition filing date, the claim is:

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

- [x] No
- [ ] Yes

$300.91

---

**3.252**

**s950**

Nonpriority creditor's name and mailing address

SCARLETT CASTILO ( MELINDA CASTILLO MOM)
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    02/25/2019

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?

- [x] No
- [ ] Yes

unknown

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.253** Nonpriority creditor's name and mailing address

s2397 SCOTTCO MECHANICAL CONTR INC
4121 W 50TH
PO BOX 7729
AMARILLO, TX 79114

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

$4,768.32

---

**3.254** Nonpriority creditor's name and mailing address

s2399 SECURE CASH ADVANTAGE
200 RIVERSIDE INDUSTRIAL PARKWAY
PORTLAND, ME 04103

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    GENERAL & ADMINISTRATIVE

Is the claim subject to offset?
☑ No
☐ Yes

$45.91

---

**3.255** Nonpriority creditor's name and mailing address

s2400 SEGURA HOLDINGS
C/O SEGURA HOLDINGS
12400 VENTURA BLVD #1129
STUDIO CITY, CA 91604

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    RENT

Is the claim subject to offset?
☑ No
☐ Yes

$376,929.58

---

**3.256** Nonpriority creditor's name and mailing address

s2401 SERVICE FIRE EQUIPMENT
C/O MAZON ASSOCIATES INC
PO BOX 166858
IRVING, TX 75016-6858

Date or dates debt was incurred    Various

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

$4,431.74

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,176.64 |
|---|---|---|---|

s2402    SERVICE SPECIALIST, LLC DBA EMERGENCY PLUMBING SERVICES
C/O CRESTMARK BANK DRAWER 2176
PO BOX 5935
TROY, MI  48007-5935

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

s918    SHANNON CORDERO/ JOSE ESPINOZA
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    11/03/2019

Basis for the claim:    INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,054.77 |
|---|---|---|---|

s2403    SHOES FOR CREWS, LLC INC
PO BOX 734176
CHICAGO, IL  60673-4176

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,727.61 |
|---|---|---|---|

s2404    SIGNART OF NEW MEXICO INC
117 VERANDA RD NW
PO BOX 6391
ALBUQUERQUE, NM  87107

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                          21-30721-SGJ

Debtor Name                                                                          Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s954 | SILVIA L EVANS<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

Date or dates debt was incurred    01/27/2019        Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.31 |
|---|---|---|---|
| s2405 | SOUTHWEST HOOD & DUCT<br>SOUTHWEST HOOD & DUCT<br>4 JAYBIRD LOOP<br>LOS LUNAS, NM  87031 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various        Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.86 |
|---|---|---|---|
| s2406 | SOUTHWEST SAFETY SPECIALISTS<br>2325 W COUNTY RD<br>PO BOX 5169<br>HOBBS, NM  88241-5169 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred    Various        Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s904 | STACI ROBERTS<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |

Date or dates debt was incurred    09/19/2020        Basis for the claim:   INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s925 | STELLA DAVIS<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   09/06/2019 | Basis for the claim:   INCIDENT REPORT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s913 | STEPHANIE BARBOZA<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   12/09/2019 | Basis for the claim:   INCIDENT REPORT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| s953 | STEPHANIE LOY<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred   01/28/2019 | Basis for the claim:   INCIDENT REPORT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,503.53 |
|---|---|---|---|
| s2407 | STEVE SLUSHER<br>2806 A WIMBLEDON CT<br>GARLAND, TX  75041 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   Various | Basis for the claim:   REPAIRS & MAINTENANCE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $284,260.00 |

s901   STEVENS,JOE
ADDRESS REDACTED

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   6/28/2017

Last 4 digts of account number

Basis for the claim:   WORKERS COMPENSATION
LEFT SHOULDER AND CERVICAL PAIN FROM USING LEFT
ARM TO PREVENT FALL IN DRY STORAGE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,761.30 |

s2408   SUNBELT CUP COMPANY, INC.
9145 BELSHIRE DRIVE, STE 100
NORTH RICHLAND HILLS, TX  76182

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   GENERAL & ADMINISTRATIVE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,136.67 |

s2409   SUPERIOR ALARMS
600 ASH AVENUE
PO DRAWER 3097
MCALLEN, TX  78501

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,913.00 |

s2620   SUSHI ZUSHI
2338 N LOOP 1604, STE 350
SAN ANTONIO, TX  78248

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   RELATED PARTY

Is the claim subject to offset?

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

3.273  **Nonpriority creditor's name and mailing address**

s2410  **SYSCO NORTH TEXAS**
**SYSCO USA 1, INC**
**800 TRINITY DRIVE**
**LEWISVILLE, TX  75056**

Date or dates debt was incurred   **Various**

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOOD/BEVERAGE**

Is the claim subject to offset?
☑ No
☐ Yes

$3,470.19

---

3.274  **Nonpriority creditor's name and mailing address**

s2411  **SYSCO SAN ANTONIO FS INC**
**PO BOX 18364**
**SAN ANTONIO, TX  78218-3640**

Date or dates debt was incurred   **Various**

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOOD/BEVERAGE**

Is the claim subject to offset?
☑ No
☐ Yes

$1,563.57

---

3.275  **Nonpriority creditor's name and mailing address**

s2621  **TAHOE JOE'S INC.**
**2338 N LOOP 1604 W**
**SUITE 350**
**SAN ANTONIO, TX  78248**

Date or dates debt was incurred

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **RELATED PARTY**

Is the claim subject to offset?
☑ No
☐ Yes

$99,848.74

---

3.276  **Nonpriority creditor's name and mailing address**

s868  **TAMMY ANN SCOTT**
**ADDRESS REDACTED**

Date or dates debt was incurred   **11/28/2019**

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **GENERAL LIABILITY CLAIM**
**P 949-369193-01PLAINTIFF ALLEGES WHILE SLIPPED**
**AND FELL ON FLOOR DUE TO LIQUIDS ON THE FLOOR.**

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.34 |

s2412    TANKERSLEY FOODSERVICE LLC INC
DBA COMSOURCE FOODSERVICE
PO BOX 607
VAN BUREN, AR  72957

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    FOOD/BEVERAGE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

s917    TANONA ANTONE
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    11/09/2019

Basis for the claim:    INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

s922    TERIKA WILLIAMSON
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    10/05/2019

Basis for the claim:    INCIDENT REPORT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 |

s2414    TEXAS DEPARTMENT OF AGRICULTURE
PO BOX 12077
AUSTIN, TX  78711-2077

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:    PERMIT/FEE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.281** Nonpriority creditor's name and mailing address

s2415 **TEXAS GAS SERVICE**
PO BOX 219913
KANSAS CITY, MO  64121-9913

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   UTILITIES

Is the claim subject to offset?
☑ No
☐ Yes

$6,744.69

---

**3.282** Nonpriority creditor's name and mailing address

s2416 **THE ICEE COMPANY**
PO BOX 515723
LOS ANGELES, CA  90051-5203

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   FOOD/BEVERAGE

Is the claim subject to offset?
☑ No
☐ Yes

$623.70

---

**3.283** Nonpriority creditor's name and mailing address

s2417 **THE VENT KING INC**
PO BOX 4052
FAYETTEVILLE, AR  72702

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **Various**

Last 4 digts of account number

Basis for the claim:   REPAIRS & MAINTENANCE

Is the claim subject to offset?
☑ No
☐ Yes

$492.75

---

**3.284** Nonpriority creditor's name and mailing address

s941 **THOMAS FREDSHERGS**
ADDRESS REDACTED

As of the petition filing date, the claim is:

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **03/07/2019**

Last 4 digts of account number

Basis for the claim:   INCIDENT REPORT

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

21-30721-SGJ

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,285.56 |
| s2418 | TIGER NATURAL GAS INC<br>DEPARTMENT 2192<br>TULSA, OK 74182 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various**<br>Last 4 digts of account number | Basis for the claim: **UTILITIES**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,162.30 |
| s2419 | TIMES REFRIGERATION & AIR CONDITIONING<br>11610 ROJAS DR<br>EL PASO, TX 79936 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various**<br>Last 4 digts of account number | Basis for the claim: **REPAIRS & MAINTENANCE**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
| s905 | TINADEBARY<br>ADDRESS REDACTED | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred **08/19/2020**<br>Last 4 digts of account number | Basis for the claim: **INCIDENT REPORT**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,406.47 |
| s2420 | TLC COMPANY INC DBA TLC PLUMBING & UTILITY INC<br>5000 EDITH BLVD NE<br>ALBUQUERQUE, NM 87107 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred **Various**<br>Last 4 digts of account number | Basis for the claim: **REPAIRS & MAINTENANCE**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,715.64 |
|---|---|---|---|

**s2421**

TOMORROW IX BROADMOOR
ATTN: COURTNEY COLE
330 GARFIELD STREET
SANTA FEE, NM  87501

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   RENT

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.24 |
|---|---|---|---|

**s2422**

TULIA INDEPENDENT SCHOOL DISTRICT
702 NW 8TH ST
TULIA, TX  79088

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   GENERAL & ADMINISTRATIVE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $788,834.68 |
|---|---|---|---|

**s2622**

TXFMP MANAGEMENT, LLC
2338 N LOOP 1604
SAN ANTONIO, TX  78248

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   RELATED PARTY

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,082.28 |
|---|---|---|---|

**s2423**

VELVET GLOVE CARPET CARE
PO BOX 5935
FARMINGTON, NM  87499

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)                                         21-30721-SGJ

Debtor Name                                                                                        Case Number (if known)

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

| | | |
|---|---|---|
| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,321.39 |

s2424   VENTURE REFRIGERATION
        VENTURE REFRIGERATION
        14725 DAVIS RD
        EDCOUCH, TX  78538

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various                    Basis for the claim:   REPAIRS & MAINTENANCE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.294   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:       $138,999.74

s2623   VITANOVA BRANDS, LLC
        2338 N. LOOP 1604 W #350
        SAN ANTONIO, TX  78248

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                               Basis for the claim:   RELATED PARTY

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.295   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:       $2,980.92

s2425   WASTE CONNECTIONS
        LONE STAR INC
        PO BOX 17608
        AUSTIN, TX  78760-7608

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various                    Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.296   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:       $24,365.96

s2426   WASTE MANAGEMENT NATIONAL
        PO BOX 740023
        ATLANTA, GA  30374-0023

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Various                    Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.38 |
| --- | --- | --- | --- |

s2427  WEST TEXAS BACKFLOW CONTROL
4918 10TH STREET
LUBBOCK, TX 79416

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   **Various**

**Basis for the claim:   REPAIRS & MAINTENANCE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| --- | --- | --- | --- |

s967  WESTWOOD FINANCIAL CORP
ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

**Basis for the claim:   LITIGATION**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,250.00 |
| --- | --- | --- | --- |

s878  WHITLEY PENN LLP
ADDRESS REDACTED

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred   **9/26/20**

Last 4 digts of account number

**Basis for the claim:   DEMAND LETTER**
**BREACH OF CONTRACT – UNPAID BALANCE FOR**
**ACCOUNTING AND REVIEW SERVICES.**

**DEBT INCURRED AS OF AUGUST 27, 2020 IS $10,900.00**
**($10,000 IN PRINCIPAL AND $900.00 IN ACCRUED**
**INTEREST)**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,350.00 |
| --- | --- | --- | --- |

s1499  WHITLEY PENN LLP
ADDRESS REDACTED

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:   SETTLEMENT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.301** Nonpriority creditor's name and mailing address

s2428  WHITLEY PENN
640 TAYLOR STREET, SUITE 2200
FORT WORTH, TX  76102

As of the petition filing date, the claim is:  $11,507.50

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   PROFESSIONALS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.302** Nonpriority creditor's name and mailing address

s2429  WINDSTREAM
PO BOX 9001908
LOUISVILLE, KY  40290-1908

As of the petition filing date, the claim is:  $148.98

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.303** Nonpriority creditor's name and mailing address

s2430  XCEL ENERGY
PO BOX 9477
MINNEAPOLIS, MN  55484-9477

As of the petition filing date, the claim is:  $13,551.97

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.304** Nonpriority creditor's name and mailing address

s2431  ZIA NATURAL GAS CO
PO BOX 2220
HOBBS, NM  88241

As of the petition filing date, the claim is:  $71.60

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   Various

Basis for the claim:   UTILITIES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,000.00 |
|---|---|---|---|

s2624 ZIO`S
2338 N LOOP 1604, STE 350
SAN ANTONIO, TX 78248

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: RELATED PARTY

Is the claim subject to offset?
☑ No
☐ Yes

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|

s2432 ZUPPLER ONL FOOD ORDERING LLC
2014 MALLARD CIRCLE
PHOENIXVILLE, PA 19460

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Various

Last 4 digts of account number

Basis for the claim: SERVICE

Is the claim subject to offset?
☑ No
☐ Yes

Fresh Acquistions, LLC (aka Furr's; Furr's Fresh Buffet)

Debtor Name

21-30721-SGJ

Case Number (if known)

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.<br>J. MICHAEL SUTHERLAND- TEXAS STATE BAR NO. 19524200<br>STEPHANIE F. ASS I- TEXAS STATE BAR NO. 24096737<br>901 MAIN ST., SUITE 5500<br>DALLAS, TX  75202 | s2623 | |
| KATTEN MUCHIN ROSENMAN LLP<br>MICHAEL A GASTON-BELL; JOHN E MITCHELL<br>MICHAELA C. CROCKER; JORGE A. SOLIS<br>2121 NORTH PEARL ST, STE 1100<br>DALLAS, TX  75201 | s965 | |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>JENNIFER D. RAVIELE<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK, NY  10007 | s970 | |
| KELLEY DRYE & WARREN LLP<br>ROBERT L. LEHANE<br>JENNIFER D. RAVIELE<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK, NY  10007 | s969 | |
| VITANOVA BRANDS, LLC<br>C/O CARRINGTON, COLEMAN, SLOMAN &<br>BLUMENTHAL, L.L.P.<br>MIKE SUTHERLAND<br>901 MAIN ST., STE. 5500<br>DALLAS, TX  75202 | s2623 | |

**Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)**

Debtor Name

**21-30721-SGJ**

Case Number (if known)

<hr>

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of Claim Amounts**

**5a. Total Claims from Part 1**      5a.    $766,558.71

**5b. Total Claims from Part 2**      5b.    +    $13,399,243.32

**PLUS UNKNOWN**

**5c. Total of Parts 1 and 2**      5c.    $14,165,802.03
Lines 5a + 5b = 5c.

**PLUS UNKNOWN**

**Fill in this information to identify the case:**

Debtor name   Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)

United States Bankruptcy Court for the: _____   District of _____
(State of)

Case Number (if known):   21-30721-SGJ   Chapter ___

☐ Check if this is an amended filing

## Official Form 206G

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | INTERNET SERVICE | AIRESPRING<br>1801 W OLYMPIC BLVD<br>PASADENA, CA  91199-1422 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>NATIONAL SERVICES AGREEMENT - LINEN SUPPLY | AMERIPRIDE SERVICES, INC.<br>(SUBCON: ARAMARK UNIFORM & CAREER APPAREL, LLC)<br>PO BOX 1976<br>ROSWELL, NM  88201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE<br>FURR'S- LUBBOCK 2817 LOOP 289 SOUTH LUBBOCK TX 79423 | ANCHOR EQUITIES, LTD.<br>JIMMY NASSOUR, MGR; MARIE HOWELL<br>3839 BEE CAVES ROAD, #200<br>AUSTIN, TX  78746 |
| | State the term remaining | EXPIRES: 12/31/2025 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE<br>FURR'S- GARLAND 1540 EASTGATE DRIVE GARLAND TX 75041 | ARC CAFEUSA001, LLC<br>C/O VEREIT, INC.<br>CARRIE DAVIS<br>LINDSAY ENDICOTT, CENTER PROPERTY MGR<br>2325 E CAMELBACK RD , 9TH FLOOR<br>PHOENIX, AZ  85016 |
| | State the term remaining | EXPIRES: 12/31/2027 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>BANK ACCOUNT AGREEMENT | ARIZONA BANK AND TRUST<br>1000 N 54TH STREET<br>CHANDLER, AZ  85226-1030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case Number (if known): | 21-30721-SGJ |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 6 | **State what the contract or lease is for and the nature of the debtor's interest** PROPERTY LEASE FURR'S - LUBBOCK 6001 SLIDE ROAD LUBBOCK TX 79414 | ARTHUR N RUPE FOUNDATION ATTN: ARTHUR N RUPE SUSIE VAN AACKEN 3700 STATE STREET, #300 SANTA BARBARA, CA 93105 |
| | **State the term remaining** EXPIRES: 12/31/2024 | |
| | **List the contract number of any government contract** | |
| 2. 7 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT TELECOM SERVICE - TRANSFER BUFFET LP CONTRACT TO FRESH | ATT&T PO BOX 105068 ATLANTA, GA 30348-5068 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 8 | **State what the contract or lease is for and the nature of the debtor's interest** PROPERTY LEASE FURR'S- EL PASO 11925 GATEWAY WEST BLVD. EL PASO TX 79936 | BRE RC LAS PALMAS MP TX LP EXCEL TRS RC MANAGEMENT LLC 307 FELLOWSHIP ROAD, SUITE 116 MOUNT LAUREL, NJ 08054 |
| | **State the term remaining** EXPIRES: 6/30/2025 | |
| | **List the contract number of any government contract** | |
| 2. 9 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT SERVICES AGREEMENT | CHOWLY INC 225 W. WACKER DRIVE, SUITE #550 CHICAGO, IL 60606 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2. 10 | **State what the contract or lease is for and the nature of the debtor's interest** PROPERTY LEASE FURR'S- SANTE FE 522 CORDOVA SANTA FE NM 87501 | CORONADO CENTER STATION, LLC PHILLIPS EDISON;ALISA SMITH;JESSICA HALL KEVIN DEIS, DIR OF PORTFOLIO MGMT 3247 SANTA FE RD PARK CITY, UT 84098 |
| | **State the term remaining** EXPIRES: 3/31/2029 | |
| | **List the contract number of any government contract** | |
| 2. 11 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT LICENSE AGT | CRUNCHTIME INFORMATION SYSTEMS. INC. 129 PORTLAND ST 2ND FLOOR BOSTON, MA 02114 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case Number (if known): | 21-30721-SGJ |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>SERVICE AGREEMENT - USED COOKING OIL REMOVAL | DARLING INGREDIENTS INC.<br>251 O'CONNOR RIDGE BLVD<br>SUITE 300<br>IRVING, TX 75038 |
| 2. 13 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>CORPORATE DINING RESTAURANT AGREEMENT | DINOVA, INC.<br>6455 EAST JOHNS CROSSING STE200<br>JOHNS CREEK, GA 30097 |
| 2. 14 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>DELIVERY & PROMOTION AGREEMENT | DOORDASH<br>901 MARKET STREET, SUITE 600<br>SAN FRANCISCO, CA 94103 |
| 2. 15 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>COVERS ZIO'S, FURRS, AND DP | DR PEPPER/SEVEN UP, INC<br>5301 LEGACY DRIVE;<br>P.O. BOX 9869077<br>PLANO, TX 75086-9077 |
| 2. 16 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>AFFILIATE AGREEMENT - PEST ELIMINATION SERVICES | ECOLAB, INC.<br>370 WASBASHA<br>SAINT PAUL, MN 55102-2233 |
| 2. 17 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT<br>AFFILATE PARTICIPATION AGREEMENT FOR CLEANING PRODUCTS | ECOLAB, INC.<br>370 WASBASHA<br>SAINT PAUL, MN 55102-2233 |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case Number (if known): | 21-30721-SGJ |
| --- | --- | --- | --- |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2. 18 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ELECTRICITY | ENGIE RESOURCES, LLC PO BOX 9001025 LOUISVILLE, KY 40290-1025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 19 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ELECTRICITY | ENGIE RESOURCES, LLC PO BOX 9001025 LOUISVILLE, KY 40290-1025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 20 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING | FISHBOWL INC. 44 CANAL CENTER PLAZA, SUITE #500 ALEXANDRIA, VA 22314-1563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 21 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | FMP SA MANAGEMENT GROUP, LLC 2338 N LOOP 1604 W SUITE 350 SAN ANTONIO, TX 78248 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 22 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCE SUPPLIER | FRESH CONCEPTS, INC 25109 JEFFERSON AVENUE, SUITE 305 MURRIETA, CA 92562 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 23 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT RESTAURANT: VR - ZIO'S (ARLINGTON) | GRUBHUB 111 W WASHINGTON ST, SUITE 2100 CHICAGO, IL 60602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case Number (if known): | 21-30721-SGJ |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 24 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS MUISC SERVICE | HIGH-TECH-TRONICS, INC. PO BOX 271493 OKLAHOMA CITY, OK 73137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 25 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT REAL ESATTE CONSULTING AND ADVISORY SERVICES AGREEMENT | HILCO REAL ESATTE, LLC 5 REVERE DRIVE SUITE 320 NORTHBROOK, IL 60062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 26 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE FURR'S- AMARILLO 2221 S. SONCY AMARILLO TX 79109 | HOLLAND ISLAND, LLC C/O BERGEY & COMPANY, PA JAMES R BERGEY JR - PROPERTY MGR AMANDA KIESEWETTER, CPA 8938 WORCESTER HWY BERLIN, MD 21811 |
| | State the term remaining | EXPIRES: 5/31/2026 | |
| | List the contract number of any government contract | | |
| 2. 27 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE FURRS - DALLAS, TX 6465 SAMUELL BLVD. DALLAS TX 75228 | ICA PROPERTIES, INC CALLIE NORRIS;TOM GLASMAN; JUDY SPENSE 700 N GRANT SUITE #600 ODESSA, TX 79761 |
| | State the term remaining | EXPIRES: 12/31/2021 | |
| | List the contract number of any government contract | | |
| 2. 28 | **State what the contract or lease is for and the nature of the debtor's interest** | SMARTER TAKEOUT SERVICE CONTRACT (ONLINE TAKEOUT) | IT PROBLEM SOLVER, INC, 27762 ANTONIO PKWY, STE L1-469 LADERA RANCH, CA 92694 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 29 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE FURR'S- ODESSA- MUSIC CITY MALL 4101 EAST 42ND STREET ODESSA TX 79762 | MCM PROPERTIES, LTD. MUSIC CITY MALL ROY ALLEN, PRESIDENT MICHELLE DAVIS, LEASING 4101 E 42ND STREET ODESSA, TX 79762 |
| | State the term remaining | EXPIRES: 12/31/2022 | |
| | List the contract number of any government contract | | |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case Number (if known): | 21-30721-SGJ |
| --- | --- | --- | --- |
| | Nam | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 30 | **State what the contract or lease is for and the nature of the debtor's interest** <br> PROPERTY LEASE <br> FURR'S- SULPHUR SPRINGS 1300 MOCKINGBIRD LANE SULPHUR SPRINGS TX 78245 <br><br> **State the term remaining** <br> EXPIRES: 12/2/2024 <br><br> **List the contract number of any government contract** | MICHAEL TRAMMELL <br> MICHAEL & SANDRATRAMMELL <br> 10230 PINETREE DR <br> SAN DIEGO, CA 92131 |
| 2. 31 | **State what the contract or lease is for and the nature of the debtor's interest** <br> CONTRACT <br> MUSIC SERVICE <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MUZAK, LLC <br> DBA MOOD MEDIA ACTING <br> AS AGENT FOR THE SERVICING MUSIC SUPPLIERS <br> 4300 WEST ROYAL LANE <br> IRVING, TX 75063-2227 |
| 2. 32 | **State what the contract or lease is for and the nature of the debtor's interest** <br> PROPERTY LEASE <br> FURR'S- MCALLEN 901 W EXPRESSWAY MCALLEN TX 78501 <br><br> **State the term remaining** <br> EXPIRES: 12/31/2029 <br><br> **List the contract number of any government contract** | NATIONAL RETAIL PROPERTIES, LP <br> NINIBET BALLADIN <br> SR. LEASE COMPLIANCE ADMIN. <br> 450 SOUTH ORANGE AVE. #900 <br> ORLANDO, FL 32801 |
| 2. 33 | **State what the contract or lease is for and the nature of the debtor's interest** <br> PROPERTY LEASE <br> FURR'S- MOORE, OK 1201 S. INTERSTATE DRIVE MOORE OK 73160 <br><br> **State the term remaining** <br> EXPIRES: 9/30/2027 <br><br> **List the contract number of any government contract** | NATIONAL RETAIL PROPERTIES, LP <br> NINIBET BALLADIN <br> SR. LEASE COMPLIANCE ADMIN. <br> 450 SOUTH ORANGE AVE. #900 <br> ORLANDO, FL 32801 |
| 2. 34 | **State what the contract or lease is for and the nature of the debtor's interest** <br> PROPERTY LEASE <br> FURR'S- ARLINGTON 300 EAST I-20 HIGHWAY ARLINGTON TX 76018 <br><br> **State the term remaining** <br> EXPIRES: 10/30/2030 <br><br> **List the contract number of any government contract** | NATIONAL RETAIL PROPERTIES, LP <br> NINIBET BALLADIN <br> SR. LEASE COMPLIANCE ADMIN. <br> 450 SOUTH ORANGE AVE. #900 <br> ORLANDO, FL 32801 |
| 2. 35 | **State what the contract or lease is for and the nature of the debtor's interest** <br> CONTRACT <br> MASTER AGREEMENT <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NCR CORPORATION <br> PO BOX 198755 <br> ATLANTA, GA 30384-8755 |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case Number (if known): | 21-30721-SGJ |
|---|---|---|---|
| | Nam | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 36 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>HOSPITIALITY ADDENDUM | NCR CORPORATION<br>PO BOX 198755<br>ATLANTA, GA  30384-8755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 37 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>AFFILIATE PARTICIPATION AGREEMENT FOR BULK CO2 GAS | NUCO2, LLC<br>PO BOX 9011<br>STUART, FL  34995-9011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 38 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>GIFT CARD | PATRONIX SYSTEMS, INC.<br>80 BRIDGE STREET<br>NEWTON, MA  02458 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 39 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>AFFILIATE PARTICIPATION ADDENDUM - UBER EATS | PORTIER, LLC<br>UBER TECHNOLOGIES, INC.<br>ATTN: LEGAL-ENTERPRISE PRODUCTS<br>1455 MARKET STREET, SUITE 400<br>SAN FRANCISCO, CA  94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 40 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>MERCHANT  AGREEMENT | POSTMATES, INC.<br>425 MARKET ST<br>SAN FRANCISCO, CA  94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 41 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATE PARTICIPATION AGREEMENT FOR ALARM | PROTECTION ONE<br>7255 CORPORATE CENTER DR , BUIDLING 2 BAY F<br>MIAMI, FL  33126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case Number (if known): | 21-30721-SGJ |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 42 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SERVICE AGREEMENT | PUNCHH INC.<br>1875 S. GRANT ST, SUITE 810<br>SAN MATEO, CA 94402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 43 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>BUSIENS LINES | QWEST CORPORATION<br>ADDRESS UNAVAILABLE AT TIME OF FILING |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 44 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE<br>FURR'S- FORT SMITH 5707 ROGERS AVENUE FORT SMITH AR 72903 | ROGERS AVENUE PROPERTIES, LLC<br>BENNIE B WESTPHAL;BECKY HELMS; WAYNE PHILLIPS<br>109 NORTH 6TH STREET<br>FORT SMITH, AR 72901 |
| | State the term remaining | EXPIRES: 9/30/2024 | |
| | List the contract number of any government contract | | |
| 2. 45 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE<br>FURR'S- FARMINGTON 3030 E. MAIN FARMINGTON NM 87401 | SAN JUAN PLAZA PARTNERS<br>C/O PETERSON PROPERTIES RE SVCS, INC.<br>COLLEEN MCGRATH;DOUG PETERSON;JAMES PETERSON<br>2325 SAN PEDRO NE, SUITE 2A<br>ALBUQUERQUE, NM 87110 |
| | State the term remaining | EXPIRES: 8/31/2027 | |
| | List the contract number of any government contract | | |
| 2. 46 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE<br>FURR'S - SAN ANTONIO 8410 STATE HIGHWAY 151 SAN ANTONIO TX 78245 | SAN151NNN, LLC<br>C/O HERMANSEN LAND DEVELOPMENT INC.<br>KIRK M HERMANSEN<br>5944 LUTHER LANE, SUITE 725<br>DALLAS, TX 75225 |
| | State the term remaining | EXPIRES: 3/26/2019 | |
| | List the contract number of any government contract | | |
| 2. 47 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE<br>FURR'S- ALBQ- SAN MATEO 6111 SAN MATEO BLVD. NE, SUITE 109 ALBUQUERQUE NM 87109 | SEGURA INVESTORS XII, LLC<br>YONATAN RABIN; TAMI LISTER<br>12400 VENTURA BLVD, UNIT 1129<br>STUDIO CITY, CA 91604 |
| | State the term remaining | EXPIRES: 2/28/2029 | |
| | List the contract number of any government contract | | |

| Debtor | Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet) | Case Number (if known): | 21-30721-SGJ |
|---|---|---|---|
| | Nam | | |

**☐ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 48 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT I-9 VERIFICATION **State the term remaining** **List the contract number of any government contract** | TALX CORPORATION (EQUITAX) TALK UC EXPRESS EQUIFAX CHICAGO, IL 60674 |
| 2. 49 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT GAS FOR ALL NM LOCATIONS **State the term remaining** **List the contract number of any government contract** | TIGER, INC. PO BOX 852702 MESQUITE, TX 75285 |
| 2. 50 | **State what the contract or lease is for and the nature of the debtor's interest** PROPERTY LEASE FURR'S- HOBBS 1416 N TURNER STREET HOBBS NM 88240 **State the term remaining** EXPIRES: 8/31/2020 **List the contract number of any government contract** | TOMORROW IX BROADMOOR, LP ATTN: COURTNEY COLE MARK A SMITH - SR. VP JEMA LEDFORD 330 GARFIELD STREET SANTA FE, NM 87501 |
| 2. 51 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT WASTE SERVICES **State the term remaining** **List the contract number of any government contract** | WASTE CONNECTIONS LONE STAR, INC. LONE STAR INC DALLAS, TX 75267-9859 |
| 2. 52 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT MASTER SERVICES AGREEMENT - WASTE AND RECYCLING SERVICES **State the term remaining** **List the contract number of any government contract** | WASTE MANAGEMENT NATIONAL SERVICES, INC. PO BOX 740023 ATLANTA, GA 30374-0023 |
| 2. 53 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT MERCHANT PROCESSING AGREEMENT **State the term remaining** **List the contract number of any government contract** | WELLS FARGO 660 N CENTRAL EXPRESSWAY #100 PLANO, TX 75074 |

Debtor  Fresh Acquisitions, LLC (aka Furr's; Furr's Fresh Buffet)          Case Number (if known):  21-30721-SGJ

Nam

**▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 54 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE FURR'S- ALBQ- WYOMING 2004 WYOMING NE ALBUQUERQUE NM 87112 | WFC WYOMING NM, LLC C/O WESTWOOD FINANCIAL CORP JOHN GOLSTON 1801 WESTWOOD FINANCIAL CORP PASADENA, CA 91199-1615 |
| | State the term remaining | EXPIRES: 10/31/2022 | |
| | List the contract number of any government contract | | |
| 2. 55 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MARKETING | WHERE 2 GET IT, INC BRANDIFY 222 S HARBOR BLVD, STE 600 ANAHEIM, CA 92805 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 56 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT TRADEMARK LICENSE AGREEMENT | ZENRIN USA, INC. 1350 BAYSHORE HIGHWAY, SUITE 580 BURLINGAME, CA 94010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 57 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MASTER SERVICE AGREEMENT | ZUPPLER ONL FOOD ORDERING LLC 2014 MALLARD CIRCLE PHOENIXVILLE, PA 19460 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Fresh Acquisitions, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-30721**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☛ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Alamo Dynamic, LLC** | **1001 E 33rd St Lubbock, TX 79404** | **Arizona Bank & Trust** | ☛ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Alamo Furr's II, LLC** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 75248** | **Arizona Bank & Trust** | ☛ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | **Alamo Furr's, LLC** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 75248** | **Arizona Bank & Trust** | ☛ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **All jointly administered Debtors** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 78248** | **Vitanova Brands, LLC** | ☛ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.5 | **Allen Jones** | **2338 N. Loop 1604 W. Ste 350 San Antonio, TX 75248** | **Arizona Bank & Trust** | ☛ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Fresh Acquisitions, LLC** | Case number *(if known)* | **21-30721** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Brian Padilla** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 75248 | **Arizona Bank & Trust** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **FMP SA Management Group, LLC** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 78248 | **Arizona Bank & Trust** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Jason and Tara Kemp** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 75248 | **Arizona Bank & Trust** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Larry and Rachel Harris** | 2338 N. Loop 1604 W. Ste 350<br>San Antonio, TX 75248 | **Arizona Bank & Trust** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2">Fill in this information to identify the case and this filing:</td></tr>
</table>

Debtor Name      Fresh Acquisitions, LLC

United States Bankruptcy Court for the:    Northern                    District of    Texas
                                                                                      (State)

Case number (If known):    21-30721 (SGJ)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule _____*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/26/2021              ✗    /s/ Mark Shapiro
               MM / DD / YYYY               _____
                                            Signature of individual signing on behalf of debtor

                                            Mark Shapiro
                                            _____
                                            Printed name

                                            Chief Restructuring Officer
                                            _____
                                            Position or relationship to debtor