**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In re:

| | | |
|---|---|---|
| FRESH ACQUISITIONS, LLC, *et al.*,[1] | § | Case No. 21-30721 (SGJ) |
| | § | |
| | § | Chapter 11 |
| Debtors. | § | (Jointly Administered) |

_____

**ORDER DIRECTING ARIZONA BANK & TRUST TO PRODUCE DOCUMENTS AND APPEAR FOR EXAMINATION PURSUANT TO RULE 2004**

Having considered the Official Committee of Unsecured Creditors' ("Committee")

*Motion for Order Directing Arizona Bank & Trust to Produce Documents and Appear for*

---

[1] The Debtors in these Chapter 11 cases ("Debtors") and the last four digits of each Debtor's Taxpayer Identification Number are as follows: Alamo Fresh Payroll, LLC (1590); Fresh Acquisitions, LLC (2795); Alamo Ovation, LLC (9002); Buffets LLC (2294); Hometown Buffet, Inc. (3002); Tahoe Joe's Inc. (7129); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); Food Management Partners, Inc. (7374); FMP SA Management Group, LLC (3031); FMP-Fresh Payroll, LLC (8962); FMP-Ovation Payroll, LLC (1728); and Alamo Buffets Payroll, LLC (0998). The Debtors' principal offices are located at: 2338 N. Loop 1604 W., Suite 350, San Antonio TX, 78248, United States.

**ORDER DIRECTING ARIZONA BANK & TRUST TO PRODUCE DOCUMENTS AND APPEAR FOR EXAMINATION PURSUANT TO RULE 2004**

*Examination Pursuant to Rule 2004* ("Motion") [Docket No. ___], and finding that good cause exists to grant the Motion,

IT IS HEREBY ORDERED that Arizona Bank & Trust ("ABT") shall produce to Committee counsel Carolyn J. Johnsen, Dickinson Wright, 1850 N. Central Avenue, Ste. 1400, Phoenix, Arizona 85004 or by e-mail at cjjohnsen@dickinsonwright.com all documents responsive to the requests set forth in **Exhibit A** to the Motion no later than 5:00 p.m. Pacific Time June 25, 2021.

IT IS FURTHER ORDERED that a Rule 30(b)(6) representative of ABT appear for oral examination at the law offices of Dickinson Wright, 1850 N. Central Avenue, Ste. 1400, Phoenix, Arizona 85004 upon 10 days' notice on a day and at a time mutually agreed by the Committee and ABT.

IT IS FURTHER ORDERED that the Committee shall be entitled to request further discovery from ABT.

# # # END OF ORDER # # #

SUBMITTED BY:

*/s/ Carolyn J. Johnsen*
Carolyn J. Johnsen
Texas Bar No. 19844600
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
cjjohnsen@dickinsonwright.com
*Proposed Counsel for the Official Committee of Unsecured Creditors*

4833-4000-6382 v1 [97257-1]