Carolyn J. Johnsen
Texas Bar No. 19844600
William L. Novotny (pro hac vice pending)
Arizona Bar No. 4239
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave. Suite 1400
Phoenix, AZ  85004
Telephone:  (602) 285-5040
Facsimile:   (602) 285-5100
cjjohnsen@dickinsonwright.com
wnovotny@dickinsonwright.com
*COUNSEL FOR THE*
*OFFICIAL COMMITTEE OF UNSECURED*
*CREDITORS*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:

FRESH ACQUISITIONS, LLC, *et al.*,[1]    §    Case No. 21-30721 (SGJ)
                                         §    Chapter 11
                        Debtors.         §    (Jointly Administered)

_____

**STIPULATION FOR EXTENSION OF TIME TO FILE CHALLENGE TO FINDINGS IN FINAL DIP ORDER**

The Official Committee of Unsecured Creditors (the "Committee"), Arizona Bank & Trust

("ABT"), and the Debtors hereby stipulate and agree that the Challenge Period for the

Committee only as set forth in Paragraph 22 of the *Final Order (I) Authorizing the Debtors*

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's Taxpayer Identification Number are as follows: Alamo Fresh Payroll, LLC (1590); Fresh Acquisitions, LLC (2795); Alamo Ovation, LLC (9002); Buffets LLC (2294); Hometown Buffet, Inc. (3002); Tahoe Joe's Inc. (7129); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); Food Management Partners, Inc. (7374); FMP SA Management Group, LLC (3031); FMP-Fresh Payroll, LLC (8962); FMP-Ovation Payroll, LLC (1728); and Alamo Buffets Payroll, LLC (0998). The Debtors' principal offices are located at: 2338 N. Loop 1604 W., Suite 350, San Antonio TX, 78248, United States.

**Stipulation for Extension**

*to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* (the "<u>Final Order</u>") [Docket No. 157] shall be extended to 5:00 p. Central Time, July 28, 2021 (the "<u>Extension</u>"). The Extension shall apply only to any potential action against ABT pursuant to 11 U.S.C. §§ 547 and 550.

Dated July 13, 2021

Agreed to:

*/s/ Carolyn J. Johnsen*
Carolyn J. Johnsen
Texas Bar No. 19844600
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave. Suite 1400
Phoenix, AZ  85004
Telephone:  (602) 285-5040
Facsimile:    (602) 285-5100
cjjohnsen@dickinsonwright.com
**Attorneys for the Official Committee of Unsecured Creditors**

*/s/ Patrick A. Clisham (by permission)*
Arizona Bar No. 023154
**ENGELMAN BERGER, P.C.**
2800 N. Central Ave. Suite 1200
Phoenix, AZ 85004
Telephone:  (602) 271-9090
Facsimile:    (602) 222-4999
pac@eblawyers.com
**Attorneys for Arizona Bank & Trust**

*/s/ Jason S. Brookner (by permission)*
Jason S. Brookner
Texas Bar No. 24033684
**GRAY REED & MCGRAW LLP**
1601 Main Street, Suite 4600
Dallas, TX 75201
Telephone:  (469) 320-6132
Facsimile:    (214) 953-1332

**Stipulation for Extension**

jbrookner@grayreed.com
**Attorneys for the Debtors**

## CERTIFICATE OF SERVICE

  I hereby certify that Notice of this document was electronically filed and served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on July 13, 2021.

                     */s/ Carolyn J. Johnsen*
                     Carolyn J. Johnsen

4850-7878-8593 v1 [97257-1]