## **Exhibits 3–13**

**[As filed at the respective Docket Nos. listed above]**

4810-6124-6974