Robin Phelan
Texas Bar No. 5903000
**PHELANLAW**
4214 Woodfin Drive
Dallas, Texas 75220
Telephone: (214) 704-0222
robin@phelanlaw.org

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In re:

| | | |
|---|---|---|
| FRESH ACQUISITIONS, LLC, *et al.*, [1] § | Case No. 21-30721 (SGJ) |
| § | Chapter 11 |
| Debtors.   § | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
REMOVAL FROM SERVICE LISTS AND CM/ECF EMAIL NOTIFICATIONS**

PLEASE TAKE NOTICE that the undersigned having appeared in the above-captioned cases on behalf of Allen Jones, Jason Kemp, Larry Harris, Brian Padilla, Rachel Harris and Tara Kemp, hereby withdraws his appearance from this these cases. The undersigned further requires to be (i) removed from any service list for notice of these chapter 11 cases, and (ii) removed from the Court CM/ECF email notification system for these chapter 11 cases.

Robin Phelan
Texas Bar No. 5903000
**PHELANLAW**
4214 Woodfin Drive
Dallas, Texas 75220
Telephone: (214) 704-0222
robin@phelanlaw.org

.

---

[1] The Debtors in these Chapter 11 cases ("Debtors") and the last four digits of each Debtor's Taxpayer Identification Number are as follows: Alamo Fresh Payroll, LLC (1590); Fresh Acquisitions, LLC (2795); Alamo Ovation, LLC (9002); Buffets LLC (2294); Hometown Buffet, Inc. (3002); Tahoe Joe's Inc. (7129); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); Food Management Partners, Inc. (7374); FMP SA Management Group, LLC (3031); FMP-Fresh Payroll, LLC (8962); FMP-Ovation Payroll, LLC (1728); and Alamo Buffets Payroll, LLC (0998). The Debtors' principal offices are located at: 2338 N. Loop 1604 W., Suite 350, San Antonio TX, 78248, United States.

Dated: October 27, 2021.	Respectfully submitted,

*/s/ Robin Phelan*
Texas Bar No. 15903000
**PHELANLAW**
4214 Woodfin Drive
Dallas, Texas 85004
Telephone: (214) 704-0222
robin@phelanlaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that Notice of this document was electronically filed and served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on October 27, 2021.

*/s/ Robin Phelan*
Robin Phelan