Carolyn J. Johnsen
Texas Bar No. 19844600
William L. Novotny (admitted pro hac vice)
Arizona Bar. No. 4239
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona  85004
Telephone:  (602) 285-5000
Facsimile:    (844) 670-6009
cjjohnsen@dickinsonwright.com
wnovotny@dickinsonwright.com

*Counsel for the Official Committee*
*of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In re:

FRESH ACQUISITIONS, LLC, *et al.*,[1]    §    Case No. 21-30721 (SGJ)
                                         §    Chapter 11
                            Debtors.     §    (Jointly Administered)

_____

**NOTICE OF FILING PLAN SUPPLEMENT**

　　**PLEASE TAKE NOTICE** that on October 30, 2021, the Official Committee of

Unsecured Creditors (the "**Committe**e"), filed its *First Amended Joint Chapter 11 Plan of*

*Liquidation* [Doc No. 498] (the "**Plan**") and its *First Amended Disclosure Statement in*

---

[1] The Debtors in these Chapter 11 cases ("Debtors") and the last four digits of each Debtor's Taxpayer Identification Number are as follows: Alamo Fresh Payroll, LLC (1590); Fresh Acquisitions, LLC (2795); Alamo Ovation, LLC (9002); Buffets LLC (2294); Hometown Buffet, Inc. (3002); Tahoe Joe's Inc. (7129); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); Food Management Partners, Inc. (7374); FMP SA Management Group, LLC (3031); FMP-Fresh Payroll, LLC (8962); FMP-Ovation Payroll, LLC (1728); and Alamo Buffets Payroll, LLC (0998). The Debtors' principal offices are located at: 2338 N. Loop 1604 W., Suite 350, San Antonio TX, 78248, United States.

**Notice of Plan Supplement**                                                pg. 1

Support of the Official Committee of Unsecured Creditors' First Amended Joint Chapter 11 Plan of Liquidation (the "**Disclosure Statement**") [Doc No. 499, corrected at 502].

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan and Disclosure Statement, the Committee hereby files this **Plan Supplement** which contains the *First Amended Exhibit F* to the Disclosure Statement that identifies potential defendants to Causes of Action to be pursued by the Liquidating Trustee (See Article IX of the Plan and Sections XI and XIII of the Disclosure Statement).  Redline and clean versions are attached hereto.

Dated:  December 7, 2021.

            Respectfully submitted,

            */s/ Carolyn J. Johnsen*
            Carolyn J. Johnsen
            Texas Bar No. 19844600
            **DICKINSON WRIGHT PLLC**
            1850 North Central Avenue
            Suite 1400
            Phoenix, Arizona 85004
            Telephone:  (602) 285-5040
            Facsimile:   (844) 670-6009
            cjjohnsen@dickinsonwright.com
            *Attorneys for the*
            *Official Committee of*
            *Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that Notice of this document was electronically filed and served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on December 7, 2021.

            */s/ Carolyn J. Johnsen*
            Carolyn J. Johnsen

4860-0271-0020 v1 [97257-1]

# FIRST AMENDED EXHIBIT F

**Potential Defendants in Causes of Action to be pursued by the Liquidating Trustee (See Article IX of the Plan and Sections XI and XIII of the Disclosure Statement)**

**Note: This Exhibit F is subject to change and may be modified by the Committee any time prior to the Confirmation Date.**

Alamo Dynamic, LLC
Alamo Furr's II, LLC
Alamo Furr's, LLC
Alamo LS, LLC (Trustee)
Allen Jones
All Jones, LLC
Amaro Management Company, LLC
Arizona Bank & Trust
BPTX Holdings, LLC
Bob Amaro
Brian Bailey
Brian Padilla
Brothers Produce of Dallas
California Franchise Tax Board
Catalina Restaurant Group
City of Garland Utilities
Dayspring Operating Company, LLC
Dynamic Foods
Elavon
E Risk Services
Gerardo Fortino Solis Serrato
Great West Trust
Jane Doe Jones
Jane Doe Padilla
Jason Kemp
Kane Russell Coleman Logan
Katten, Muchin, Rosenman
Larrac Inv., LLC
Larry Harris
LSF5 Cactus, LLC
Liberty Mutual Insurance
Minnesota Department of Revenue
Nathan Calvert
Nationwide Management Liability & Indemnity
PAD Realty, LLC
Paycor Inc.
Peter Donbavand

Rachel Harris
RCV Patron, LLC
River North Furr's, LLC
SAN15INNN LLC
SLO Promenade DE, LLC

Tara Kemp
TX Alamo Management, LLC
Scottsdale Indemnity Company
Sushi Zushi

Texas Alamo Business Group
Texas Business Group
TXFMP Management LLC

VitaNova Brands, LLC
Waste Connections
Waste Management National
Westfield Bank
Zios Restaurant Company

Affiliates, Interest Holders, and Insiders of the Debtors (as those capitalized terms are defined in the Plan) and of each of the Affiliates, Interest Holders, and Insiders of the persons and entities listed above.
Officers, directors, managers, members, and shareholders of the Debtors from January 1, 2011 through the Petition Date

4828-1981-9263 v1 [97257-1]
4828-1981-9263 v2 [97257-1]

# FIRST AMENDED EXHIBIT F

**Potential Defendants in Causes of Action to be pursued by the Liquidating Trustee (See Article IX of the Plan and Sections XI and XIII of the Disclosure Statement)**

**Note:  This Exhibit F is subject to change and may be modified by the Committee any time prior to the Confirmation Date.**

Alamo Dynamic, LLC
Alamo Furr's II, LLC
Alamo Furr's, LLC
Alamo LS, LLC (Trustee)
Allen Jones
All Jones, LLC
Amaro Management Company, LLC

BPTX Holdings, LLC
Bob Amaro
Brian Bailey
Brian Padilla
Brothers Produce of Dallas
Catalina Restaurant Group
City of Garland Utilities
Dayspring Operating Company, LLC
Dynamic Foods
Elavon
E Risk Services
Gerardo Fortino
Great West Trust
Jane Doe Jones
Jane Doe Padilla
Jason Kemp
Kane Russell Coleman Logan
Katten, Muchin, Rosenman
Larrac Inv., LLC
Larry Harris
LSF5 Cactus, LLC
Liberty Mutual Insurance
Minnesota Department of Revenue
Nathan Calvert
Nationwide Management Liability & Indemnity
PAD Realty, LLC
Paycor Inc.
Peter Donbavand
Rachel Harris

RCV Patron, LLC
River North Furr's, LLC
SAN15INNN LLC
SLO Promenade DE, LLC
Solis Serrato
Tara Kemp
TX Alamo Management, LLC
Scottsdale Indemnity Company
Sushi Zushi

Texas Alamo Business Group
Texas Business Group
TXFMP Management LLC

VitaNova Brands, LLC
Waste Connections
Waste Management National
Westfield Bank
Zios Restaurant Company

Affiliates, Interest Holders, and Insiders of the Debtors (as those capitalized terms are defined in the Plan) and of each of the Affiliates, Interest Holders, and Insiders of the persons and entities listed above.

Officers, directors, managers, members, and shareholders of the Debtors from January 1, 2011 through the Petition Date

4875-7341-5941 v1 [97257-1]