

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 21, 2022**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | |
| FRESH ACQUISITIONS, LLC, *et al*[1] | Case No. 21-30721 (SGJ) |
| | Ch. 11 (Jointly Administered) |

## ORDER GRANTING UNOPPOSED MOTION TO WAIVE LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 2090-4(a)

Upon the Unopposed Motion to Waive Local Counsel Requirement under Local Rule 2090-4(a) ("Motion") filed by Brian Padilla, Shirryn Padilla and BPTX Holdings,

---

[1] The Debtors in these Chapter 11 cases ("Debtors") and the last four digits of each Debtor's Taxpayer Identification No. are as follows: Alamo Fresh Payroll, LLC (1590); Fresh Acquisitions, LLC (2795); Alamo Ovation, LLC (9002); Buffets, LLC (2294); Hometown Buffet, Inc. (3002); Tahoe Joes, Inc. (7129); OCB Restaurant Company, LLC (7607); OCB Purchasing Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); Food Management Partners, Inc. (7374); FMP SA Management Group, LLC (3031); FMP-Fresh Payroll, LLC (8962); FMP-Ovation Payroll, LLC (1728); and Alamo Buffets Payroll, LLC (0998).

LLC seeking to waive the local counsel requirement for Patrick F. Keery of Keery McCue, PLLC, under Rule 2090-4(a) of Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas ("**Local Rules**"), the Court finds and determines that the relief requested by the Motion is appropriate in the circumstances, and good cause appearing there,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted; and

2. The local counsel requirement of Local Rule 2090-4 is waived, and Patrick F. Keery, upon his admission pro hac vice, may appear in these proceedings without designation of local counsel.

### # # # END OF ORDER # # #

**SUBMITTED BY :**

**KEERY MCCUE, PLLC**

By: /s/ *Patrick F. Keery*
Patrick F. Keery, Esq. – AZ 030971
(*pro hac* vice pending)
6803 East Main Street, Suite 1116
Scottsdale, Z 85251
Tel: (480) 478-0709 Ext. 102
Fax: (480) 478-0787
Email: pfk@keerymccue.com
*Proposed Counsel for the Padilla Parties*